# In the United States Court of Federal Claims

No. 02-176C
(Filed: October 17, 2006)

***********************************
ROXCO, LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The parties filed a joint status report on October 13, 2006. **A status conference will be held on Thursday, October 19, 2006, at 3:00 p.m., Eastern Daylight Time.** The parties shall appear by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge