# In the United States Court of Federal Claims

No. 02-176C
(Filed: October 19, 2006)

| | |
|---|---|
| *********************************** | |
| ROXCO, LTD., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

The Court held a status conference on October 19, 2006, to discuss post-discovery matters raised in the parties' October 13, 2006 joint status report. Defendant represents that motions in limine are necessary to narrow the issues for trial. Defense counsel further represents that those motions will be filed within 21 days. Accordingly, defendant shall file any motions in limine no later than November 9, 2006.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge