SOLICITATION NUMBER F1660295B0001

F16... - 95C0013

PART I - THE SCHEDULE
SECTION E
INSPECTION AND ACCEPTANCE

| | | | |
|---|---|---|---|
| E-18. | 52.246-12 | INSPECTION OF CONSTRUCTION (IAW FAR 46.312) | JUL 1986 |
| E-34. | | INSPECTION AND ACCEPTANCE (IAW FAR 46.401(b) and 46.503) | |

Inspection and acceptance will be at destination(s) specified in Section "B" hereof.

(g) Corrected or replacement facilities or work shall be subject to this clause in the same manner as facilities or work originally completed under the contract.

(End of clause)
(R 7-702.6 1964 SEP)

[¶ 31,356.30]

### 52.246-11 Higher-Level Contract Quality Requirement (Government Specification).

As prescribed in 46.311, insert the following clause in solicitations and contracts when the inclusion of a higher-level contract quality requirement is appropriate. (see 46.202-3):

HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (GOVERNMENT SPECIFICATION)(APR 1984)

(a) Definition. "Contract date," as used in this clause, means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

(b) The Contractor shall comply with the specification titled .................................. [*Contracting Officer insert the title and number of the specification*], in effect on the contract date, which is hereby incorporated into this contract.

(End of clause)
(R 7-104.28 1967 AUG)
(R 7-104.33 1967 AUG)
(R 7-703.44 1967 AUG)
(R 7-203.5(b) 1967 AUG)
(R 7-302.4(c) 1967 AUG)
(R 7-402.5(c) 1967 AUG)
(R 7-602.10(b) 1967 AUG)
(R 7-901.25 1967 AUG)

[¶ 31,356.33]

### 52.246-12 Inspection of Construction.

As prescribed in 46.312, insert the following clause in solicitations and contracts for construction when a fixed-price contract is contemplated and the contract amount is expected to exceed the small purchase limitation. The clause may be used in such solicitations and contracts when the contract amount is expected to be within the small purchase limitation and its use is in the Government's interest.

INSPECTION OF CONSTRUCTION (JUL 1986)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not—

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) below.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, without additional charge, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2)



©1991, Commerce Clearing House, Inc.

terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

[FAC 84-18, 51 FR 27120, 7/29/86, effective 7/30/86]

[¶ 31,356.36]

### 52.246-13 Inspection—Dismantling, Demolition, or Removal of Improvements.

As prescribed in 46.313, insert the following clause in solicitations and contracts for dismantling, demolition, or removal of improvements:

INSPECTION—DISMANTLING, DEMOLITION, OR REMOVAL OF IMPROVEMENTS (APR 1984)

(a) Unless otherwise designated by the specifications, all workmanship performed under the contract is subject to Government inspection at all times and places where dismantling or demolition work is being performed. The Contractor shall furnish promptly and without additional charge all reasonable facilities, labor, and materials necessary for safe and convenient inspection by the Government. The Government shall perform inspections in a manner that will not unduly delay the work.

(b) The Contractor is responsible for damage to property caused by defective workmanship. The Contractor shall promptly segregate and remove from the premises any unsatisfactory facilities, materials, and equipment used in contract performance, and promptly replace them with satisfactory items. If the Contractor fails to proceed at once in a workmanlike manner with performance of the work or with the correction of defective workmanship, the Government may (1) by contract or otherwise, replace the facilities, materials, and equipment or correct the workmanship and charge the cost to the Contractor and (2) terminate for default the Contractor's right to proceed. The Contractor and any surety shall be liable, to the extent specified in the contract for any damage or cost of repair or replacement.

(End of clause)
(R 7-2101.19 1976 OCT)

[¶ 31,356.39]

### 52.246-14 Inspection of Transportation.

As prescribed in 46.314, insert the following clause in solicitations and contracts for freight transportation services (including local drayage) by rail, motor (including bus), domestic freight forwarder, and domestic water carriers (including inland, coastwise, and intercoastal). The contracting officer shall not use the clause for the acquisition of transportation services by domestic or international air carriers or by international ocean carriers, or to freight services provided under bills of lading or to those negotiated for reduced rates under 49 U.S.C. 1072(b)(1). (See Part 47, Transportation.)

INSPECTION OF TRANSPORTATION (APR 1984)

The Government has the right to inspect and test the Contractor's services, facilities, and equipment at all reasonable times. The Contractor shall furnish Government representatives with the free access and reasonable facilities and assistance required to accomplish their inspections and tests.

(End of clause)
(R 1-7.703-4)

[¶ 31.356.42]

### 52.246-15 Certificate of Conformance.

As prescribed in 46.315, insert the following clause in solicitations and contracts for supplies or services when the conditions in 46.504 apply:

CERTIFICATE OF CONFORMANCE (APR 1984)

(a) When authorized in writing by the cognizant Contract Administration Office (CAO), the Contractor shall ship with a Certificate of Conformance any supplies for which the contract

(a). The indications of physical conditions on the drawings and in the specifications are the result of site investigations by (NOT APPLICABLE)

(b) Weather conditions - The following table reflects meteorological data obtained from Detachment 20, 26th Weather Squadron, Barksdale AFB, LA and will be used to evaluate requests for time extension due to abnormally severe weather.

| MONTH | MEAN NO. DAYS WITH PRECIPITATION | MONTHLY MEAN OF PRECIPITATION IN INCHES | MONTHLY MEAN RELATIVE HUMIDITY |
|---|---|---|---|
| JAN | 10 | 4.6 | 59-79% |
| FEB | 8 | 4.3 | 59-80% |
| MAR | 9 | 4.0 | 55-79% |
| APR | 8 | 4.6 | 56-81% |
| MAY | 8 | 5.2 | 59-83% |
| JUN | 7 | 4.0 | 58-83% |
| JUL | 7 | 3.7 | 57-85% |
| AUG | 7 | 2.7 | 55-86% |
| SEP | 6 | 3.1 | 53-86% |
| OCT | 6 | 3.8 | 54-86% |
| NOV | 8 | 4.4 | 57-82% |
| DEC | 8 | 4.4 | 61-81% |

(c) Transportation facilities (NOT APPLICABLE).
(d) (NOT APPLICABLE).

| | | | |
|---|---|---|---|
| I-448. | 52.236-5 | MATERIAL AND WORKMANSHIP (IAW FAR 36.505) | APR 1984 |
| I-449. | 52.236-6 | SUPERINTENDENCE BY THE CONTRACTOR (IAW FAR 36.506) | APR 1984 |
| I-450. | 52.236-7 | PERMITS AND RESPONSIBILITIES (IAW FAR 36.507) | NOV 1991 |
| I-451. | 52.236-8 | OTHER CONTRACTS (IAW FAR 36.508) | APR 1984 |
| I-452. | 52.236-9 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (IAW FAR 36.509) | APR 1984 |
| I-453. | 52.236-10 | OPERATIONS AND STORAGE AREAS (IAW FAR 36.510) | APR 1984 |
| I-454. | 52.236-11 | USE AND POSSESSION PRIOR TO COMPLETION (IAW FAR 36.511) | APR 1984 |
| I-455. | 52.236-12 | CLEANING UP (IAW FAR 36.512) | APR 1984 |
| I-456. | 52.236-13 | ACCIDENT PREVENTION (IAW FAR 36.513(a)) | NOV 1991 |
| I-458. | 52.236-14 | AVAILABILITY AND USE OF UTILITY SERVICES (IAW FAR 36.514) | APR 1984 |
| I-459. | 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS (IAW FAR 36.515) | APR 1984 |
| I-466. | 52.236-21 | SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (IAW FAR 36.521) | APR 1984 |
| I-541. | 52.242-13 | BANKRUPTCY (IAW FAR 42.903) | APR 1991 |
| I-559. | 52.243-4 | CHANGES (IAW FAR 43.205(d)) | AUG 1987 |
| I-568. | 52.244-1 | SUBCONTRACTS (FIXED-PRICE CONTRACTS) (IAW FAR 44.204(a)(1)) | APR 1991 |
| I-624. | 52.246-21 | WARRANTY OF CONSTRUCTION (IAW FAR 46.710(e)(1)) | APR 1984 |
| I-676. | 52.248-3 | VALUE ENGINEERING—CONSTRUCTION (IAW FAR 48.202) | MAR 1989 |

EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

(a) The Contractor shall preserve and protect all structures, equipment, and vegetation (such as trees, shrubs, and grass) on or adjacent to the work site, which are not to be removed and which do not unreasonably interfere with the work required under this contract. The Contractor shall only remove trees when specifically authorized to do so, and shall avoid damaging vegetation that will remain in place. If any limbs or branches of trees are broken during contract performance, or by the careless operation of equipment, or by workmen, the Contractor shall trim those limbs or branches with a clean cut and paint the cut with a tree-pruning compound as directed by the Contracting Officer.

(b) The Contractor shall protect from damage all existing improvements and utilities (1) at or near the work site, and (2) on adjacent property of a third party, the locations of which are made known to or should be known by the Contractor. The Contractor shall repair any damage to those facilities, including those that are the property of a third party, resulting from failure to comply with the requirements of this contract or failure to exercise reasonable care in performing the work. If the Contractor fails or refuses to repair the damage promptly, the Contracting Officer may have the necessary work performed and charge the cost to the Contractor.

(End of clause)

[FAC 90-29, 60 FR 34732, 7/3/95, effective 7/3/95]

[¶ 31,346.30]

52.236-10 Operations and Storage Areas.

As prescribed in 36.510, insert the following clause:

OPERATIONS AND STORAGE AREAS (APR 1984)

(a) The Contractor shall confine all operations (including storage of materials) on Government premises to areas authorized or approved by the Contracting Officer. The Contractor shall hold and save the Government, its officers and agents, free and harmless from liability of any nature occasioned by the Contractor's performance.

(b) Temporary buildings (e.g., storage sheds, shops, offices) and utilities may be erected by the Contractor only with the approval of the Contracting Officer and shall be built with labor and materials furnished by the Contractor without expense to the Government. The temporary buildings and utilities shall remain the property of the Contractor and shall be removed by the Contractor at its expense upon completion of the work. With the written consent of the Contracting Officer, the buildings and utilities may be abandoned and need not be removed.

(c) The Contractor shall, under regulations prescribed by the Contracting Officer, use only established roadways, or use temporary roadways constructed by the Contractor when and as authorized by the Contracting Officer. When materials are transported in prosecuting the work, vehicles shall not be loaded beyond the loading capacity recommended by the manufacturer of the vehicle or prescribed by any Federal, State, or local law or regulation. When it is necessary to cross curbs or sidewalks, the Contractor shall protect them from damage. The Contractor shall repair or pay for the repair of any damaged curbs, sidewalks, or roads.

(End of clause)

[FAC 90-29, 60 FR 34732, 7/3/95, effective 7/3/95]

[¶ 31,346.33]

52.236-11 Use and Possession Prior to Completion.

As prescribed in 36.511, insert the following clause:

USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

(a) The Government shall have the right to take possession of or use any completed or partially completed part of the work. Before taking possession of or using any work, the Contracting Officer shall furnish the Contractor a list of items of work remaining to be performed or corrected on those portions of the work that the Government intends to take possession of or use. However, failure of the Contracting Officer to list any item of work shall not relieve the Contractor of responsibility for complying with the terms of the contract. The Government's possession or use shall not be deemed an acceptance of any work under the contract.

(b) While the Government has such possession or use, the Contractor shall be relieved of the responsibility for the loss of or damage to the work resulting from the Government's possession or use, notwithstanding the terms of the clause in this contract entitled "Permits and Responsibilities." If prior possession or use by the Government delays the progress of the work or causes additional expense to the Contractor, an equitable adjustment shall be made in the contract price or the time of completion, and the contract shall be modified in writing accordingly.

(End of clause)

[FAC 90-29, 60 FR 34732, 7/3/95, effective 7/3/95]



©1996, Commerce Clearing House, Inc.

# SECTION 06100

# ROUGH CARPENTRY

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN FOREST & PAPER ASSOCIATION (AFPA)

| | |
|---|---|
| AFPA NDS | 1991 National Design Specification for Wood Construction and Supplement 1991 Design Values for Wood Construction |
| AFPA WCD1 | 1988 Wood Frame Construction Data No. 1 |

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

| | |
|---|---|
| ANSI B18.2.1 | 1981 (R 1992) Square and Hex Bolts and Screws Inch Series |
| ANSI B18.5.2.1M | 1981 Metric Round Head Short Square Neck Bolts |
| ANSI B18.6.1 | 1981 (R 1991) Wood Screws (Inch Series) |

AMERICAN PLYWOOD ASSOCIATION (APA)

| | |
|---|---|
| APA E30-L | 1990 Design/Construction Guide, Residential and Commercial |
| APA E445-P | 1991 Structural-Use Panels (APA PRP-108) |
| APA F405-H | 1990 Performance Rated Panels |

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ASME)

| | |
|---|---|
| ASME/ANSI B18.2.2 | 1987 Square and Hex Nuts (Inch Series) |
| ANSI/ASME B18.5.2.2M | 1982 Metric Round Head Square Neck Bolts |

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | |
|---|---|
| ASTM A 525 | 1991 (Rev. B) Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process |
| ASTM A 687 | 1992 High-Strength Nonheaded Steel Bolts and Studs |
| ASTM C 79 | 1992 Gypsum Sheathing Board |

AMERICAN WOOD-PRESERVERS' ASSOCIATION (AWPA)

| | |
|---|---|
| AWPA C1 | 1992 All Timber Products - Preservative Treatment by Pressure Processes |
| AWPA C2 | 1992 Lumber, Timbers, Bridge Ties and Mine Ties - Preservative Treatment by Pressure Processes |
| AWPA C9 | 1990 Plywood - Preservative Treatment by Pressure Processes |
| AWPA M2 | 1991 Inspection of Treated Timber Products |
| AWPA M6 | 1991 Brands Used on Forest Products |

FEDERAL SPECIFICATIONS (FS)

| | |
|---|---|
| FS FF-S-325 | (Int Am. 3) Shield, Expansion; Nail Expansion; and Nail, Drive Screw (Devices, Anchoring, Masonry) |
| FS FF-P-395 | (Rev. C) Pin, Drive Guided and Pin Drive, Powder Actuated (Fasteners for Powder Actuated and Hand Actuated Fastening Tools) |
| FS GGG-D-777 | (Rev. B) Driver, Projectile Unit, Powder Actuated (High Velocity) (Above Water Only); Pin, Drive, Powder Actuated; and Cartridge, Powder Actuated Tool |
| FS UU-B-790 | (Rev. A Reinst) Building Paper, Vegetable Fiber: (Kraft, Waterproofed, Water Repellent and Fire Resistant) |

INTERNATIONAL CONFERENCE OF BUILDING OFFICIALS (ICBO)

| | |
|---|---|
| ICBO UBC | 1991 Uniform Building Code |

NORTHEASTERN LUMBER MANUFACTURERS ASSOCIATION (NELMA)

| | |
|---|---|
| NELMA SGRNL | 1991 Standard Grading Rules for Northeastern Lumber |

NATIONAL HARDWOOD LUMBER ASSOCIATION (NHLA)

| | |
|---|---|
| NHLA RMIHC | 1990 Rules for the Measurement and Inspection of Hardwood and Cypress |

U.S. DEPARTMENT OF COMMERCE PRODUCT STANDARDS (PS)

| | |
|---|---|
| PS-1 | 1983 Construction and Industrial Plywood |

| | |
|---|---|
| PS-20 | 1970 (R 1986) American Softwood Lumber Standard |
| PS-56 | 1973 Structural Glued Laminated Timber |

SOUTHERN CYPRESS MANUFACTURERS ASSOCIATION (SCMA)

| | |
|---|---|
| SCMA GSC | 1986 Grades of Southern Cypress |

SOUTHERN PINE INSPECTION BUREAU (SPIB)

| | |
|---|---|
| SPIB SPIBGR | 1991 (Supp. 1) Southern Pine Inspection Bureau Grading Rules |

TRUSS PLATE INSTITUTE (TPI)

| | |
|---|---|
| TPI 85 | 1985 Design Specification for Metal Plate Connected Wood Trusses |
| TPI HIB | 1991 Handling, Installing and Bracing of Metal Plate Connected Wood Trusses |
| TPI QST | 1988 Quality Standard for Metal Plate Connected Wood Trusses |
| TPI WT | 1987 Interim Design Methodology for PCT-CII Wood Trusses, PCT-80 and TPI-80 and TPI-85 Supplements |

WEST COAST LUMBER INSPECTION BUREAU (WCLIB)

| | |
|---|---|
| WCLIB 17 | 1991 Standard Grading and Dressing Rules for Douglas Fir, Western Hemlock, Western Red Cedar, White Fir, Sitka Spruce Lumber |

WESTERN WOOD PRODUCTS ASSOCIATION (WWPA)

| | |
|---|---|
| WWPA WLGR | 1991 Western Lumber Grading Rules |

1.2 SUBMITTALS

Submit the following in accordance with Section 01010, "Construction Requirements."

1.2.1 Drawings

a. Fabricated structural members

1.2.1.1 Drawing Requirements

For fabricated structural members, indicate materials, details of construction, methods of fastening, and erection details. Include reference to design criteria used and manufacturers design calculations. Submit drawings for all proposed modifications of structural members. Do not proceed with modifications until the submittal has been approved.

1.2.2 SD-08, Statements

a. Installation experience

b. Certificates of grade

1.2.2.1 Installation Experience

Submit a list of successful similar installations of fabricated wood trusses, and other fabricated wood members.

1.2.2.2 Certificates of Grade

Submit certificates attesting that products meet the grade requirements specified in lieu of grade markings where appearance is important and grade marks will deface material.

1.2.3 SD-11, Factory Test Report

a. Preservative-treated lumber and plywood

1.3 DELIVERY AND STORAGE

Deliver materials to the site in an undamaged condition. Store materials off the ground to provide proper ventilation, drainage, and protection against dampness. Remove defective and damaged materials and provide new materials.

1.4 GRADING AND MARKING

1.4.1 Lumber

Mark each piece of framing and board lumber or each bundle of small pieces of lumber with the grade mark of a recognized association or independent inspection agency. Such association or agency shall be certified by the Board of Review, American Lumber Standards Committee, to grade the species used.

1.4.2 Plywood

Mark each sheet with the mark of a recognized association or independent inspection agency that maintains continuing control over the quality of the plywood. The mark shall identify the plywood by species group or span rating, exposure durability classification, grade, and compliance with PS-1.

1.4.3 Preservative-Treated Lumber and Plywood

The Contractor shall be responsible for the quality of treated wood products. Each treated piece shall be inspected in accordance with AWPA M2 and permanently marked or branded, by the producer, in accordance with AWPA M6. The Contractor shall provide Contracting Officer's Representative (COR) with the inspection report of an approved independent inspection agency that offered products comply with applicable AWPA

Standards. The appropriate Quality Mark on each piece will be accepted, in lieu of inspection reports, as evidence of compliance with applicable AWPA treatment standards.

1.4.4 Gypsum Board, and Fiberboard

Mark each sheet or bundle to identify the standard under which the material is produced and the producer.

1.5 SIZES AND SURFACING

PS-20 for dressed sizes of yard and structural lumber. Lumber shall be surfaced four sides. Size references, unless otherwise specified, are nominal sizes, and actual sizes shall be within manufacturing tolerances allowed by the standard under which the product is produced.

1.6 MOISTURE CONTENT

Air-dry or kiln-dry lumber. Kiln-dry treated lumber after treatment. Maximum moisture content of wood products shall be as follows at the time of delivery to the job site:

a. Framing lumber and boards - 19 percent maximum

b. Timbers 5 inches and thicker - 25 percent maximum

c. Materials other than lumber - Moisture content shall be in accordance with standard under which the product is produced

1.7 PRESERVATIVE TREATMENT

Treat lumber and timber in accordance with AWPA C1 and AWPA C2, and plywood in accordance with AWPA C1 and AWPA C9. All wood shall be air or kiln dried after treatment. Specific treatments shall be verified by the report of an approved independent inspection agency, or the AWPA Quality Mark on each piece. Brush coat areas that are cut or drilled after treatment with either the same preservative used in the treatment or with a 2 percent copper naphthenate solution. The following items shall be preservative treated:

a. Wood sills, soles, plates, furring, and sleepers that are less than 24 inches from the ground, furring and nailers that are set into or in contact with concrete.

b. Nailers, edge strips, crickets, curbs, and cants for roof decks.

PART 2 PRODUCTS

2.1 LUMBER

2.1.1 Structural Lumber

Any of the species and grades listed in AFPA NDS that have allowable unit stresses in pounds per square inch (psi) not less than 1200 psi Fb, 625 psi Ft, 1000 psi Fc, with 1,600,000 psi E. Use for joists, rafters,

headers, trusses, beams (except collar beams), columns, posts, stair stringers, girders, and all other members indicated to be stress rated.

2.1.2 Framing Lumber

Framing lumber such as studs, plates, caps, collar beams, cant strips, bucks, sleepers, nailing strips, and nailers and board lumber such as subflooring and wall and roof sheathing shall be one of the species listed in the table below. Minimum grade of species shall be as listed. Finger-jointed lumber may be used in the same applications as solid lumber of an equivalent species and grade, provided the finger-jointed lumber meets all the requirements of the certification and the quality control programs of the rules writing agency having jurisdiction and all applicable requirements of PS-56.

Table of Grades for Framing and Board Lumber

| Grading Rules | Species | Framing | Board Lumber |
|---|---|---|---|
| WWPA WLGR standard grading rules | Aspen<br>Douglas Fir-Larch<br>Douglas Fir South<br>Engelmann Spruce<br>Engelmann Spruce<br>Hem-Fir<br>Mountain Hemlock<br>Subalpine Fir<br>White Woods<br>Western Woods<br>Western Hemlock | All Species: Standard Light Framing or No. 3 Structural (Stud Grade for 2 x 4 size, 10 | All Species: No. 3 Common |
| WCLIB 17 standard grading rules | Douglas Fir-Larch<br>Hem-Fir<br>Mountain Hemlock<br>Sitka Spruce<br>Western Hemlock | All Species: Standard Light Framing or No. 3 Structural (Stud Grade for 2 x 4 size, 10 feet and shorter) | All Species: Standard |
| SPIB SPIBGR standard grading rules. | Southern Pine | Standard Light Framing or No. 3 Structural Light Framing (Stud Grade for 2 x 4 size, 10 feet and shorter) | No. 2 Boards |
| SCMA GSC standard specifications | Cypress | No. 2 Common | No. 2 Common |
| NELMA SGRNL standard grading rules | Eastern Hemlock -Tamarack<br>Eastern Spruce<br>Eastern White | Standard Light Framing or No. 3 Structural Light Framing | No. 3 Common except Standard for Eastern White |

Table of Grades for Framing and Board Lumber

| Grading Rules | Species | Framing | Board Lumber |
|---|---|---|---|
| | Pine | (Stud Grade for | and Northern |
| NHLA RMIHC rules for the measurement and inspection of hardwood and cypress lumber | Cypress | No. 2 Dimension | No. 2 Common |

2.2 PLYWOOD

PS-1, APA E445-P, and APA F405-H respectively.

2.2.1 Subflooring

2.2.1.1 Plywood

C-D Grade, Exposure 1 durability classification, Span rating of 24/16 or greater, ~~5/8~~-inch minimum thickness. 3/4 (Add #3)

2.2.2 Combination Subfloor-Underlayment

2.2.2.1 Plywood

Exterior Type, C-C (Plugged) Grade 1/2-inch minimum thickness.

2.2.3 Roof Sheathing

2.2.3.1 Plywood

C-D Grade, Exposure 1, with an Identification Index of not less than ~~24/0~~. 40/30 (Add #3)

2.2.4 Diaphragms

2.2.4.1 Plywood

Structural I C-C grade, Exposure 1, and a minimum thickness of 1/2 inch.

2.2.5 Shear Walls

2.2.5.1 Plywood

Structural I, C-C Grade and a minimum thickness of 1/2 inch.

2.3 OTHER MATERIALS

2.3.1 Gypsum Wall Sheathing

ASTM C 79, 1/2-inch thick; 4-feet wide with square edge for supports 16 inches o.c. with or without corner bracing of framing; 2-feet wide with

V-tongue and groove (T&G) edge for supports 16 inches o.c. with corner bracing of framing.

2.3.2 Building Paper

FS UU-B-790, Type I, Grade D, Style 1.

2.4 ROUGH HARDWARE

Unless otherwise indicated or specified, rough hardware shall be of the type and size necessary for the project requirements. Sizes, types, and spacing of fastenings of manufactured building materials shall be as recommended by the product manufacturer unless otherwise indicated or specified. Rough hardware exposed to the weather or embedded in or in contact with preservative treated wood, exterior masonry, or concrete walls or slabs shall be zinc-coated.

2.4.1 Bolts, Nuts, Studs, and Rivets

ANSI B18.2.1, ANSI B18.5.2.1M, ANSI/ASME B18.5.2.2M, ASME/ANSI B18.2.2, and ASTM A 687.

2.4.2 Expansion Shields

FS FF-S-325. Except as shown otherwise, maximum size of devices in Groups IV, V, VI, and VII shall be 3/8 inch.

2.4.3 Wood Screws

ANSI B18.6.1.

2.4.4 Joist Hangers

Steel or iron, zinc coated, sized to fit the supported member, of sufficient strength to develop the full strength of the supported member in accordance with ICBO UBC, and furnished complete with any special nails required.

2.4.5 Powder-Actuated Fasteners

FS FF-P-395 or FS GGG-D-777.

2.4.6 Beam Anchors

Steel U-shaped strap anchors 1/4-inch thick by 1 1/2 inches wide.

2.4.7 Metal Framing Anchors

Construct anchors to the configuration shown using hot dip zinc-coated steel conforming to ASTM A 525, coating designation G90. Except where otherwise shown, steel shall be not lighter than 18 gage. Special nails supplied by the manufacturer shall be used for all nailing.

## PART 3 EXECUTION

### 3.1 INSTALLATION

Conform to AFPA WCD1 unless otherwise indicated or specified. Fit framing lumber and other rough carpentry, set accurately to the required lines and levels, and secure in place in a rigid manner. Do not splice framing members between bearing points. Set joists, rafters, and purlins with their crown edge up. Frame members for the passage of pipes, conduits, and ducts. Do not cut or bore structural members for the passage of ducts or pipes without approval. Reinforce all members damaged by such cutting or boring by means of specially formed and approved sheet metal or bar steel shapes, or remove and provide new, as approved. Provide as necessary for the proper completion of the work all framing members not indicated or specified. Spiking and nailing not indicated or specified otherwise shall be in accordance with the Nailing Schedule contained in ICBO UBC; perform bolting in an approved manner. Spikes, nails, and bolts shall be drawn up tight. Use slate or steel shims when leveling joists, beams, and girders on masonry or concrete. Do not use shimming on wood bearings.

#### 3.1.1 Sills

Set sills level and square and wedge with steel or slate shims; point or grout with non-shrinking cement mortar to provide continuous and solid bearing. Anchor sills to the foundations as indicated. Where sizes and spacing of anchor bolts are not indicated, provide not less than 5/8-inch diameter bolts at all corners and splices and space at a maximum of 6 feet o.c. between corner bolts. Provide at least two bolts for each sill member. Lap and splice sills at corners and bolt through the laps or butt the ends and through-bolt not more than 6 inches from the ends. Provide bolts with plate washers and nuts. Bolts in exterior walls shall be zinc-coated. SET SILL PLATE IN A CONTINUOUS BEAD OF ONE COMPONENT OF POLYURETHANE, NON-SAG, TO MEET FED SPEC. FFS-00230C AT EXTERIOR WALLS & PLATES AT DBL. WALLS SEPARATION UNITS (ADD#2)

##### 3.1.1.1 Anchors in Concrete

Embed anchor bolts not less than 8 inches in poured concrete walls and provide each with a nut and a 2-inch-diameter washer at bottom end. A bent end may be substituted for the nut and washer; bend shall be not less than 90 degrees. Powder-actuated fasteners spaced 3 feet o.c. may be provided in lieu of bolts for single thickness plates on concrete.

#### 3.1.2 Beams and Girders

Set beams and girders level and in alignment and anchor to bearing walls, piers, or supports with U-shaped steel strap anchors. Embed anchors in concrete at each bearing and through-bolt to the beams or girders with not less than two bolts. Provide bolts not less than 1/2 inch in diameter and with plate washers under heads and nuts. Install beams and girders with 8-inch minimum end bearing on walls or supports. Install beams and girders into walls with 1/2-inch clearance at the top, end, and sides. Provide joints and splices over bearings only and bolt or spike together.

3.1.3 Joists

Provide joists of the sizes and spacing indicated, accurately and in alignment, and of uniform width. Joists shall have full bearing on sills, plates, beams, and girders; provide laps over bearing only and spike. Where joists are of insufficient length to produce a 12-inch lap, butt joists over bearing and provide wood scabs 2 inches thick by depth of joists by 24 inches long or metal straps 1/4-inch by 1 1/2-inch by not less than 18 inches long nailed to each joist with not less than four 10-penny nails, or approved sheet metal connectors installed in accordance with the manufacturer's recommendations. Provide metal hangers for joists framing into the side of headers, beams, or girders. The minimum joist end bearing shall be 4 inches. For joists approved to be bored for the passage of pipes or conduits, bore through the neutral axis of the joist. Provide steel joist hangers of proper size and type to receive the ends of all framed joists.

3.1.3.1 Doubled Joists

Provide under bearing walls and partitions running parallel with the floor joists, around stairways, and at other openings where joists are cut and framed. Double, space for clearance, block apart 4 feet on center, rigidly frame, and spike together joists under partitions that are to receive ducts, pipes, and conduits.

3.1.4 Bridging

Provide bridging for floor and ceiling joists. Locate bridging as indicated and as specified herein. Provide bridging for spans greater than 6 feet, but do not exceed 8-feet maximum spacing between rows of bridging. Install rows of bridging uniformly. Provide metal or wood cross-bridging, except where solid bridging is indicated. Do not nail the bottom end of cross-bridging until the subfloor has been laid.

3.1.4.1 Wood Cross-Bridging

Provide wood cross-bridging not less than 2 by 3 inches. Nail wood cross-bridging at each end with two 8-penny nails for one-inch-thick material and three 8-penny nails for 2-inch-thick material.

3.1.5 Subflooring and Underlayment

3.1.5.1 Plywood

Apply best side up with the grain of outer plies or the long dimension at right angles to joists. Stagger end joints and locate over the centerline of joists. Panels shall be continuous over two or more spans. Glue and nail panels 6-inches o.c. at supported edges and 10 inches o.c. over intermediate bearing. Nails shall be 8-penny common or 6-penny threaded, glue shall be construction adhesive recommended for the proposed application. Underlayment shall be laid perpendicular to the subfloor with joints staggered. Underlayment shall be screwed to the joists through the subfloor using type W power driven screws. Screw heads shall be driven flush with top of plywood. Lightly sand all joints to receive resilient flooring.

3.1.5.2 Depressed Subfloors

Provide depressed subfloors to receive ceramic tile floors. Nail cleats or ledgers of one by 4-inch material to the sides of joists to support the flooring material. Place the cleats at a depth below the top of the joists sufficient to allow the installation of the subflooring below the tops of joists. Snugly fit subflooring as specified herein between joists.

3.1.6 Columns and Posts

Set columns and posts, plumb, in alignment, and with full and uniform bearing. Do not embed the bottom and bearing surfaces of posts in concrete or set in direct contact with concrete slabs on grade.

3.1.7 Wall Framing

3.1.7.1 Studs

Select studs for straightness and set plumb, true, and in alignment. In walls and partitions more than eight feet tall, provide horizontal bridging at not more than eight feet o.c. using nominal 2-inch material of the same width as the studs; install the bridging flat. Sizes and spacing of studs shall be as indicated. Double studs at jambs and heads of openings and triple at corners to form corner posts. Frame corner posts to receive sheathing, lath, and interior finish. Truss over openings exceeding 4 feet in width or use a header of sufficient depth. Toe-nail studs to sills or sole plates with four 8-penny nails or fasten with metal nailing clips or connectors. Anchor studs abutting concrete or masonry walls thereto near the top and bottom and at midheight of each story using expansion bolts or powder-actuated drive studs.

3.1.7.2 Plates

Use plates for walls and partitions of the same width as the studs to form continuous horizontal ties. Splice single plates; stagger the ends of double plates. Double top plates in walls and bearing partitions, built up of two nominal 2-inch thick members. Top plates for nonbearing partitions shall be single or double plates of the same size as the studs. Nail lower members of double top plates and single top plates to each stud and corner post with two 16-penny nails. Nail the upper members of double plates to the lower members with 10-penny nails, two near each end, and stagger 16 inches o.c. intermediately between. Nail sole plates on wood construction through the subfloor to each joist and header; stagger nails. Anchor sole plates on concrete with expansion bolts, one near each end and at not more than 6 feet o.c., or with powder-actuated fasteners, one near each end and at not more than 3 feet o.c.. Provide plates cut for the passage of pipes or ducts with a steel angle as a tie for the plate and bearing for joist.

3.1.7.3 Firestops

Provide firestops for wood-framed walls and partitions at each floor level and at the ceiling line in the top story. Where firestops are not automatically provided by the framing system used, they shall be formed of closely fitted wood blocks of nominal 2-inch thick material of the same

width as the studs and joists.

3.1.8 Wall Sheathing

3.1.8.1 Gypsum Sheathing Board

Apply gypsum sheathing board vertically. Butt joints and locate over the centerlines of supports. Stagger vertical joints and abut sheet closely to frames of openings. Nail sheathing with 11 gage, 3/8-inch head, zinc-coated nails 1 1/2 inches long for 1/2-inch sheathing and 1 3/4 inches long for 5/8-inch sheathing, spaced 3/8-inch minimum from edges. Provide 2-by 4-inch blocking for horizontal edges of 4-foot wide panels not otherwise supported.

a. Gypsum Sheathing Board Used with Unbraced Frames: Sheathing shall be 4-feet wide and applied vertically. Extend sheathing over and nail to both sill and top plates. Nail 4 inches maximum o.c. at edges and 8 inches maximum o.c. at intermediate bearings.

3.1.9 Building Paper

Provide building paper where indicated. Apply paper shingle fashion, horizontally, beginning at the bottom of the wall. Lap edges 4 inches, and nail with one-inch, zinc-coated roofing nails, spaced 12 inches o.c. and driven through tin discs.

3.1.10 Ceiling Joists

Size as indicated and set accurately and in alignment. Toe-nail joists to all plates with not less than three 10-penny nails. Frame openings in ceilings with headers and trimmers.

3.1.11 Rafters

Size as indicated, set accurately, and form a true plane. Ridge, hip and valley members shall be of ample depth to receive beveled ends of rafters and shall be 2 inches thick. Rafters shall be notched and have full and solid bearing on plates. Toe-nail rafters to plates and ridge, valley and hip member with at least three 10-penny nails and nail to adjoining ceiling joists with at least four 10-penny nails. Adequately frame openings in roofs with headers and trimmers. Double headers and trimmers carrying or supporting two or more rafters.

3.1.12 Metal Framing Anchors

Provide framing anchors at every other rafter or trussed rafter to fasten rafter or trussed rafter to plates and studs against uplift movement and forces as indicated. Anchors shall be punched and formed for nailing so that nails will be stressed in shear only. Nails shall be zinc-coated; drive a nail in each nail hole provided in the anchor.

3.1.13 Plywood Roof Sheathing

Install with the grain of the outer plies or long dimension at right angles to supports. Stagger end joints and locate over the centerlines of

supports. Allow 1/8-inch spacing at panel ends and 1/4 inch at panel edges. Nail panels with 8-penny common nails or 6-penny annular rings or screw-type nails spaced 6 inches o.c. at supported edges and 12 inches o.c. at intermediate bearings. Where the support spacing exceeds the maximum span for an unsupported edge, provide adequate blocking, tongue-and-groove edges, in accordance with APA E30-L.

3.1.14 Stair Framing

Cut carriages to exact shape required to receive treads and risers, with risers of uniform height and treads of uniform width. Provide trimmers, nailers, and blocking as required to support finish materials.

3.2 MISCELLANEOUS

3.2.1 Wood Roof Nailers, Edge Strips, Crickets, Curbs, and Cants

Provide sizes and configurations indicated or specified and anchored securely to continuous construction.

3.2.1.1 Crickets, Cants, and Curbs

Provide wood saddles or crickets, cant strips, curbs for scuttles and ventilators, as indicated, specified, or necessary and of lumber or 1/2-inch-thick exterior plywood.

3.2.2 Wood Blocking

Provide proper sizes and shapes at proper locations for the installation and attachment of wood and other finish materials, fixtures, equipment, and items indicated or specified.

3.2.3 Temporary Closures

Provide with hinged doors and padlocks and install during construction at exterior doorways and other ground level openings that are not otherwise closed. Cover windows and other unprotected openings with polyethylene or other approved material, stretched on wood frames. Provide dustproof barrier partitions to isolate areas as directed.

3.2.4 Diaphragms

Install plywood with the long dimension perpendicular to supports. End joints shall be staggered and located over the centerline of supports. Longitudinal joints shall be staggered and provided with blocking. Nail panels with 8-penny nails spaced not more than 6 inches on centers around the diaphragm boundaries and along continuous panel edges and 6 inches on centers at all other supported edges and 12 inches o.c. over intermediate bearings.

3.2.5 Shear Walls

Install plywood with long dimension parallel or perpendicular to supports. Provide blocking behind edges not located over supports. Nail panels with 8-penny nails spaced not more than 6 inches on centers along panel edges

and 6 inches o.c. over intermediate bearings.

3.2.6 Cat Walks.

Install double row of 2 x 6 lumber across top of ceiling joists adjacent to attic access panel continuous from end to end of attic area. Lay boards with 1-inch space between. Stager end joints with each joint on a support.

a. 3.2.6. Attic Access. ADDENDUM 0001

Install a 2'x2' attic access panel at the end of the hallway of upper level of each unit between joist. Panel shall consist of 1/2" gypsum board attached to 5/8 " plywood with a piece of attic insulation attached to plywood. Provide 2x blocking frame between joist and 1x4 trim frame at ceiling to receive paned.

b. 3.2.7. Blocking for Future Ceiling Fans.

Provide 2x blocking at ceiling light fixtures in all bedrooms, family, living and dining rooms for future ceiling fans. Securely attach to ceiling and floor joist. ght line;

3. Studs: 1/4 inch in 8 feet out of plumb, not cumulative; and

4. Face of framing members: 1/4 inch in 8 feet from a true plane.

b. Framing members which will be covered by ceramic tile set in dry-set mortar, latex-portland cement mortar, or organic adhesive shall be within the following limits:

1. Layout of walls and partitions: 1/4 inch from intended position;

2. Plates and runners: 1/8 inch in 8 feet from a straight line;

3. Studs: 1/8 inch in 8 feet out of plumb, not cumulative; and

4. Face of framing members: 1/8 in 8 feet from a true plane.

-- End of Section --

PROGRESS SCHEDULES AND REPORTS (AFFARS 5336.291)

H-805.

(a) In accordance with FAR 52.236-15, the reports contemplated by the clause titled "Schedules for Construction Contracts" shall be accomplished on and in accordance with instruction pertaining to AF Form 3064, Contract Progress Schedule, and AF Form 3065, Contract Progress Report. Mobilization/demobilization will not be allowed as a line item on the Progress Schedule. Costs for those items must be included in other elements of work.

(b) Upon award of this contract the contractor will be furnished (3) copies of the AF Form 3064, Contract Progress Schedule. This schedule shall be completed and delivered to the Preconstruction Conference for Government evaluation. The Progress Schedule must be approved by the Government prior to start of physical work on the project job site.

PREPARATION OF MATERIAL APPROVAL SUBMITTALS

H-806.

In accordance with FAR 52.236-5, the submittals contemplated by the clause herein entitled "Material and Workmanship" shall be accomplished on and in accordance with instructions pertaining to AF Form 3000, Material Approval Submittal.

INTERRUPTION OF UTILITY SERVICES

H-807.

The Government may not be held responsible for interruptions of utility service and will not be liable for contractor delays, damages, or increased costs occasioned by any such interruption of service.

SUPERINTENDENCE OF CONTRACT

H-808.

In accordance with FAR 52.236-6, at all times during performance of this contract and until work is completed and accepted, the contractor shall provide a superintendent who will be on the job site at all times when work is being performed. The superintendent will be responsible for ALL employees (including subcontractors) and have the authority to plan work and direct ALL employees. The superintendent will be appointed in writing and this letter submitted to the Contracting Officer, setting forth the authority delegated to the superintendent.

CONTRACT COMPLETION INSPECTIONS

H-809.

The contractor shall schedule (with 3 working days notice) a pre-completion inspection to be held approximately 14 days before the expiration of the contract. This inspection will result in a "punch list" indicating items to be furnished or work to be performed by the contractor or subcontractor in order to complete the work specified in the contract documents. This list will not be construed to be all inclusive. A copy of the list will be furnished to the contractor for his use in completing the contractual work. The contractor shall be responsible for scheduling the contract completion inspection. An inspection list shall be made at the scheduled completion inspection. This list shall consist of items of work to be completed or corrected by the contractor. The contracting officer's representative has the authority to stop the inspection if he/she believes the contractor is not ready for a completion inspection. If the inspection is stopped because the contractor is not ready, the contractor will be placed on Liquidated Damages when the performance time expires. If there is no contract completion inspection list, the work will be accepted and the contractor may send in the final invoice. If the inspection is completed and there is an inspection list, the contractor will be notified in writing, that he/she has 14 days to complete the listed items and the value of the items shall be retained. A copy of that letter shall be sent to the contractor's surety. If the inspection list is not completed within the specified 14 days, the contractor may be subject to the Default clause of the contract and liable for the amount of the incomplete items as well as procurement costs.

SOLICITATION NUMBER F1660295B0001

F16__ - 95C0013

PART I — THE SCHEDULE
SECTION E
INSPECTION AND ACCEPTANCE

JUL 1986

E-18. 52.246-12 INSPECTION OF CONSTRUCTION
(IAW FAR 46.312)

E-34. INSPECTION AND ACCEPTANCE
(IAW FAR 46.401(b) and 46.503)

Inspection and acceptance will be at destination(s) specified in Section "B" hereof.

EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

(a) The Contractor shall preserve and protect all structures, equipment, and vegetation (such as trees, shrubs, and grass) on or adjacent to the work site, which are not to be removed and which do not unreasonably interfere with the work required under this contract. The Contractor shall only remove trees when specifically authorized to do so, and shall avoid damaging vegetation that will remain in place. If any limbs or branches of trees are broken during contract performance, or by the careless operation of equipment, or by workmen, the Contractor shall trim those limbs or branches with a clean cut and paint the cut with a tree-pruning compound as directed by the Contracting Officer.

(b) The Contractor shall protect from damage all existing improvements and utilities (1) at or near the work site, and (2) on adjacent property of a third party, the locations of which are made known to or should be known by the Contractor. The Contractor shall repair any damage to those facilities, including those that are the property of a third party, resulting from failure to comply with the requirements of this contract or failure to exercise reasonable care in performing the work. If the Contractor fails or refuses to repair the damage promptly, the Contracting Officer may have the necessary work performed and charge the cost to the Contractor.

(End of clause)

[FAC 90-29, 60 FR 34732, 7/3/95, effective 7/3/95]

[¶31,346.30]

## 52.236-10 Operations and Storage Areas.

As prescribed in 36.510, insert the following clause:

OPERATIONS AND STORAGE AREAS (APR 1984)

(a) The Contractor shall confine all operations (including storage of materials) on Government premises to areas authorized or approved by the Contracting Officer. The Contractor shall hold and save the Government, its officers and agents, free and harmless from liability of any nature occasioned by the Contractor's performance.

(b) Temporary buildings (e.g., storage sheds, shops, offices) and utilities may be erected by the Contractor only with the approval of the Contracting Officer and shall be built with labor and materials furnished by the Contractor without expense to the Government. The temporary buildings and utilities shall remain the property of the Contractor and shall be removed by the Contractor at its expense upon completion of the work. With the written consent of the Contracting Officer, the buildings and utilities may be abandoned and need not be removed.

(c) The Contractor shall, under regulations prescribed by the Contracting Officer, use only established roadways, or use temporary roadways constructed by the Contractor when and as authorized by the Contracting Officer. When materials are transported in prosecuting the work, vehicles shall not be loaded beyond the loading capacity recommended by the manufacturer of the vehicle or prescribed by any Federal, State, or local law or regulation. When it is necessary to cross curbs or sidewalks, the Contractor shall protect them from damage. The Contractor shall repair or pay for the repair of any damaged curbs, sidewalks, or roads.

(End of clause)

[FAC 90-29, 60 FR 34732, 7/3/95, effective 7/3/95]

[¶31,346.33]

## 52.236-11 Use and Possession Prior to Completion.

As prescribed in 36.511, insert the following clause:

USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

(a) The Government shall have the right to take possession of or use any completed or partially completed part of the work. Before taking possession of or using any work, the Contracting Officer shall furnish the Contractor a list of items of work remaining to be performed or corrected on those portions of the work that the Government intends to take possession of or use. However, failure of the Contracting Officer to list any item of work shall not relieve the Contractor of responsibility for complying with the terms of the contract. The Government's possession or use shall not be deemed an acceptance of any work under the contract.

(b) While the Government has such possession or use, the Contractor shall be relieved of the responsibility for the loss of or damage to the work resulting from the Government's possession or use, notwithstanding the terms of the clause in this contract entitled "Permits and Responsibilities." If prior possession or use by the Government delays the progress of the work or causes additional expense to the Contractor, an equitable adjustment shall be made in the contract price or the time of completion, and the contract shall be modified in writing accordingly.

(End of clause)

[FAC 90-29, 60 FR 34732, 7/3/95, effective 7/3/95]



©1996, Commerce Clearing House

Officer may, at any time, to correct or replace facili- ective or does not conform ts. Except as provided in rections and replacements nt expense if, under the the facilities or work cor- initially furnished, or re- at Government expense.

Officer may, at any time, to correct or replace facili- fective or does not conform its, without cost to the Gov- ontract or any related con- f the defects or failures are ood faith, or willful miscon- he Contractor's managerial onduct of one or more of the s selected or retained by the of the Contractor's manage- asonable grounds to believe habitually careless or inn-

placement facilities or work s clause in the same manner originally completed under

d of clause)

FR 48206, 9/18/95, effec-

1,356.30]

er-Level Contract ement (Government

46.311, insert the follow- lations and contracts when higher-level contract qual- it is appropriate (see

L CONTRACT QUALITY ENT (GOVERNMENT ATION)(APR 1984)

Contract date," as used in this date set for bid opening or, if contract or a modification, the is contract or modification.

tor shall comply with the speci- ............ [*Contracting title and number of the specifi-* on the contract date, which is d into this contract.

End of clause)

50 FR 48206, 9/18/95, effec-





[¶ 31,356.33]

## 246-12 Inspection of Construction.

As prescribed in 46.312, insert the following clause:

INSPECTION OF CONSTRUCTION (JUL 1986)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not—

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) below.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, without additional charge, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

[FAC 84-18, 51 FR 27120, 7/29/86, effective 7/30/86; FAC 90-29, 60 FR 34732, 7/3/95, effective 7/3/95]

[¶ 31,356.36]

## 52.246-13 Inspection—Dismantling, Demolition, or Removal of Improvements.

As prescribed in 46.313, insert the following clause in solicitations and contracts for dismantling, demolition, or removal of improvements:

INSPECTION—DISMANTLING, DEMOLITION, OR REMOVAL OF IMPROVEMENTS (APR 1984)

(a) Unless otherwise designated by the specifications, all workmanship performed under the contract is subject to Government inspection at all times and places where dismantling or demolition work is being performed. The Contractor shall furnish promptly and without additional

# SECTION 06100

# ROUGH CARPENTRY

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN FOREST & PAPER ASSOCIATION (AFPA)

| | |
|---|---|
| AFPA NDS | 1991 National Design Specification for Wood Construction and Supplement 1991 Design Values for Wood Construction |
| AFPA WCD1 | 1988 Wood Frame Construction Data No. 1 |

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

| | |
|---|---|
| ANSI B18.2.1 | 1981 (R 1992) Square and Hex Bolts and Screws Inch Series |
| ANSI B18.5.2.1M | 1981 Metric Round Head Short Square Neck Bolts |
| ANSI B18.6.1 | 1981 (R 1991) Wood Screws (Inch Series) |

AMERICAN PLYWOOD ASSOCIATION (APA)

| | |
|---|---|
| APA E30-L | 1990 Design/Construction Guide, Residential and Commercial |
| APA E445-P | 1991 Structural-Use Panels (APA PRP-108) |
| APA F405-H | 1990 Performance Rated Panels |

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ASME)

| | |
|---|---|
| ASME/ANSI B18.2.2 | 1987 Square and Hex Nuts (Inch Series) |
| ANSI/ASME B18.5.2.2M | 1982 Metric Round Head Square Neck Bolts |

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | |
|---|---|
| ASTM A 525 | 1991 (Rev. B) Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process |
| ASTM A 687 | 1992 High-Strength Nonheaded Steel Bolts and Studs |
| ASTM C 79 | 1992 Gypsum Sheathing Board |

AMERICAN WOOD-PRESERVERS' ASSOCIATION (AWPA)

| | |
|---|---|
| AWPA C1 | 1992 All Timber Products - Preservative Treatment by Pressure Processes |
| AWPA C2 | 1992 Lumber, Timbers, Bridge Ties and Mine Ties - Preservative Treatment by Pressure Processes |
| AWPA C9 | 1990 Plywood - Preservative Treatment by Pressure Processes |
| AWPA M2 | 1991 Inspection of Treated Timber Products |
| AWPA M6 | 1991 Brands Used on Forest Products |

FEDERAL SPECIFICATIONS (FS)

| | |
|---|---|
| FS FF-S-325 | (Int Am. 3) Shield, Expansion; Nail Expansion; and Nail, Drive Screw (Devices, Anchoring, Masonry). |
| FS FF-P-395 | (Rev. C) Pin, Drive Guided and Pin Drive, Powder Actuated (Fasteners for Powder Actuated and Hand Actuated Fastening Tools) |
| FS GGG-D-777 | (Rev. B) Driver, Projectile Unit, Powder Actuated (High Velocity) (Above Water Only); Pin, Drive, Powder Actuated; and Cartridge, Powder Actuated Tool |
| FS UU-B-790 | (Rev. A Reinst) Building Paper, Vegetable Fiber: (Kraft, Waterproofed, Water Repellent and Fire Resistant) |

INTERNATIONAL CONFERENCE OF BUILDING OFFICIALS (ICBO)

| | |
|---|---|
| ICBO UBC | 1991 Uniform Building Code |

NORTHEASTERN LUMBER MANUFACTURERS ASSOCIATION (NELMA)

| | |
|---|---|
| NELMA SGRNL | 1991 Standard Grading Rules for Northeastern Lumber |

NATIONAL HARDWOOD LUMBER ASSOCIATION (NHLA)

| | |
|---|---|
| NHLA RMIHC | 1990 Rules for the Measurement and Inspection of Hardwood and Cypress |

U.S. DEPARTMENT OF COMMERCE PRODUCT STANDARDS (PS)

| | |
|---|---|
| PS-1 | 1983 Construction and Industrial Plywood |

| | |
|---|---|
| PS-20 | 1970 (R 1986) American Softwood Lumber Standard |
| PS-56 | 1973 Structural Glued Laminated Timber |

SOUTHERN CYPRESS MANUFACTURERS ASSOCIATION (SCMA)

| | |
|---|---|
| SCMA GSC | 1986 Grades of Southern Cypress |

SOUTHERN PINE INSPECTION BUREAU (SPIB)

| | |
|---|---|
| SPIB SPIBGR | 1991 (Supp. 1) Southern Pine Inspection Bureau Grading Rules |

TRUSS PLATE INSTITUTE (TPI)

| | |
|---|---|
| TPI 85 | 1985 Design Specification for Metal Plate Connected Wood Trusses |
| TPI HIB | 1991 Handling, Installing and Bracing of Metal Plate Connected Wood Trusses |
| TPI QST | 1988 Quality Standard for Metal Plate Connected Wood Trusses |
| TPI WT | 1987 Interim Design Methodology for PCT-CII Wood Trusses, PCT-80 and TPI-85 Supplements |

WEST COAST LUMBER INSPECTION BUREAU (WCLIB)

| | |
|---|---|
| WCLIB 17 | 1991 Standard Grading and Dressing Rules for Douglas Fir, Western Hemlock, Western Red Cedar, White Fir, Sitka Spruce Lumber |

WESTERN WOOD PRODUCTS ASSOCIATION (WWPA)

| | |
|---|---|
| WWPA WLGR | 1991 Western Lumber Grading Rules |

1.2 SUBMITTALS

Submit the following in accordance with Section 01010, "Construction Requirements."

1.2.1 Drawings

a. Fabricated structural members

1.2.1.1 Drawing Requirements

For fabricated structural members, indicate materials, details of construction, methods of fastening, and erection details. Include reference to design criteria used and manufacturers design calculations. Submit drawings for all proposed modifications of structural members. Do not proceed with modifications until the submittal has been approved.