1.2.2 SD-08, Statements

a. Installation experience

b. Certificates of grade

1.2.2.1 Installation Experience

Submit a list of successful similar installations of fabricated wood trusses, and other fabricated wood members.

1.2.2.2 Certificates of Grade

Submit certificates attesting that products meet the grade requirements specified in lieu of grade markings where appearance is important and grade marks will deface material.

1.2.3 SD-11, Factory Test Report

a. Preservative-treated lumber and plywood

1.3 DELIVERY AND STORAGE

Deliver materials to the site in an undamaged condition. Store materials off the ground to provide proper ventilation, drainage, and protection against dampness. Remove defective and damaged materials and provide new materials.

1.4 GRADING AND MARKING

1.4.1 Lumber

Mark each piece of framing and board lumber or each bundle of small pieces of lumber with the grade mark of a recognized association or independent inspection agency. Such association or agency shall be certified by the Board of Review, American Lumber Standards Committee, to grade the species used.

1.4.2 Plywood

Mark each sheet with the mark of a recognized association or independent inspection agency that maintains continuing control over the quality of the plywood. The mark shall identify the plywood by species group or span rating, exposure durability classification, grade, and compliance with PS-1.

1.4.3 Preservative-Treated Lumber and Plywood

The Contractor shall be responsible for the quality of treated wood products. Each treated piece shall be inspected in accordance with AWPA M2 and permanently marked or branded, by the producer, in accordance with AWPA M6. The Contractor shall provide Contracting Officer's Representative (COR) with the inspection report of an approved independent inspection agency that offered products comply with applicable AWPA

Standards. The appropriate Quality Mark on each piece will be accepted, in lieu of inspection reports, as evidence of compliance with applicable AWPA treatment standards.

1.4.4 Gypsum Board, and Fiberboard

Mark each sheet or bundle to identify the standard under which the material is produced and the producer.

1.5 SIZES AND SURFACING

PS-20 for dressed sizes of yard and structural lumber. Lumber shall be surfaced four sides. Size references, unless otherwise specified, are nominal sizes, and actual sizes shall be within manufacturing tolerances allowed by the standard under which the product is produced.

1.6 MOISTURE CONTENT

Air-dry or kiln-dry lumber. Kiln-dry treated lumber after treatment. Maximum moisture content of wood products shall be as follows at the time of delivery to the job site:

a. Framing lumber and boards - 19 percent maximum

b. Timbers 5 inches and thicker - 25 percent maximum

c. Materials other than lumber - Moisture content shall be in accordance with standard under which the product is produced

1.7 PRESERVATIVE TREATMENT

Treat lumber and timber in accordance with AWPA C1 and AWPA C2, and plywood in accordance with AWPA C1 and AWPA C9. All wood shall be air or kiln dried after treatment. Specific treatments shall be verified by the report of an approved independent inspection agency, or the AWPA Quality Mark on each piece. Brush coat areas that are cut or drilled after treatment with either the same preservative used in the treatment or with a 2 percent copper naphthenate solution. The following items shall be preservative treated:

a. Wood sills, soles, plates, furring, and sleepers that are less than 24 inches from the ground, furring and nailers that are set into or in contact with concrete.

b. Nailers, edge strips, crickets, curbs, and cants for roof decks.

PART 2 PRODUCTS

2.1 LUMBER

2.1.1 Structural Lumber

Any of the species and grades listed in AFPA NDS that have allowable unit stresses in pounds per square inch (psi) not less than 1200 psi Fb, 625 psi Ft, 1000 psi Fc, with 1,600,000 psi E. Use for joists, rafters,

headers, trusses, beams (except collar beams), columns, posts, stair stringers, girders, and all other members indicated to be stress rated.

2.1.2 Framing Lumber

Framing lumber such as studs, plates, caps, collar beams, cant strips, bucks, sleepers, nailing strips, and nailers and board lumber such as subflooring and wall and roof sheathing shall be one of the species listed in the table below. Minimum grade of species shall be as listed. Finger-jointed lumber may be used in the same applications as solid lumber of an equivalent species and grade, provided the finger-jointed lumber meets all the requirements of the certification and the quality control programs of the rules writing agency having jurisdiction and all applicable requirements of PS-56.

Table of Grades for Framing and Board Lumber

| Grading Rules | Species | Framing | Board Lumber |
|---|---|---|---|
| WWPA WLGR standard grading rules | Aspen<br>Douglas Fir-Larch<br>Douglas Fir South<br>Engelmann Spruce<br>Engelmann Spruce<br>Hem-Fir<br>Mountain Hemlock<br>Subalpine Fir<br>White Woods<br>Western Woods<br>Western Hemlock | All Species: Standard Light Framing or No. 3 Structural (Stud Grade for 2 x 4 size, 10 | All Species: No. 3 Common |
| WCLIB 17 standard grading rules | Douglas Fir-Larch<br>Hem-Fir<br>Mountain Hemlock<br>Sitka Spruce<br>Western Hemlock | All Species: Standard Light Framing or No. 3 Structural (Stud Grade for 2 x 4 size, 10 feet and shorter) | All Species: Standard |
| SPIB SPIBGR standard grading rules | Southern Pine | Standard Light Framing or No. 3 Structural Light Framing (Stud Grade for 2 x 4 size, 10 feet and shorter) | No. 2 Boards |
| SCMA GSC standard specifications | Cypress | No. 2 Common | No. 2 Common |
| NELMA SGRNL standard grading rules | Eastern Hemlock -Tamarack<br>Eastern Spruce<br>Eastern White | Standard Light Framing or No. 3 Structural Light Framing | No. 3 Common except Standard for Eastern White |

Table of Grades for Framing and Board Lumber

| Grading Rules | Species | Framing | Board Lumber |
|---|---|---|---|
| | Pine | (Stud Grade for | and Northern |
| NHLA RMIHC rules for the measurement and inspection of hardwood and cypress lumber | Cypress | No. 2 Dimension | No. 2 Common |

2.2 PLYWOOD

PS-1, APA E445-P, and APA F405-H respectively.

2.2.1 Subflooring

2.2.1.1 Plywood

C-D Grade, Exposure 1 durability classification, Span rating of 24/16 or greater, 5/8-inch minimum thickness.

2.2.2 Combination Subfloor-Underlayment

2.2.2.1 Plywood

Exterior Type, C-C (Plugged) Grade 1/2-inch minimum thickness.

2.2.3 Roof Sheathing

2.2.3.1 Plywood

C-D Grade, Exposure 1, with an Identification Index of not less than 24/0.

2.2.4 Diaphragms

2.2.4.1 Plywood

Structural I C-C grade, Exposure 1, and a minimum thickness of 1/2 inch.

2.2.5 Shear Walls

2.2.5.1 Plywood

Structural I, C-C Grade and a minimum thickness of 1/2 inch.

2.3 OTHER MATERIALS

2.3.1 Gypsum Wall Sheathing

ASTM C 79, 1/2-inch thick; 4-feet wide with square edge for supports 16 inches o.c. with or without corner bracing of framing; 2-feet wide with

V-tongue and groove (T&G) edge for supports 16 inches o.c. with corner bracing of framing.

2.3.2 Building Paper

FS UU-B-790, Type I, Grade D, Style 1.

2.4 ROUGH HARDWARE

Unless otherwise indicated or specified, rough hardware shall be of the type and size necessary for the project requirements. Sizes, types, and spacing of fastenings of manufactured building materials shall be as recommended by the product manufacturer unless otherwise indicated or specified. Rough hardware exposed to the weather or embedded in or in contact with preservative treated wood, exterior masonry, or concrete walls or slabs shall be zinc-coated.

2.4.1 Bolts, Nuts, Studs, and Rivets

ANSI B18.2.1, ANSI B18.5.2.1M, ANSI/ASME B18.5.2.2M, ASME/ANSI B18.2.2, and ASTM A 687.

2.4.2 Expansion Shields

FS FF-S-325. Except as shown otherwise, maximum size of devices in Groups IV, V, VI, and VII shall be 3/8 inch.

2.4.3 Wood Screws

ANSI B18.6.1.

2.4.4 Joist Hangers

Steel or iron, zinc coated, sized to fit the supported member, of sufficient strength to develop the full strength of the supported member in accordance with ICBO UBC, and furnished complete with any special nails required.

2.4.5 Powder-Actuated Fasteners

FS FF-P-395 or FS GGG-D-777.

2.4.6 Beam Anchors

Steel U-shaped strap anchors 1/4-inch thick by 1 1/2 inches wide.

2.4.7 Metal Framing Anchors

Construct anchors to the configuration shown using hot dip zinc-coated steel conforming to ASTM A 525, coating designation G90. Except where otherwise shown, steel shall be not lighter than 18 gage. Special nails supplied by the manufacturer shall be used for all nailing.

PART 3 EXECUTION

3.1 INSTALLATION

Conform to AFPA WCD1 unless otherwise indicated or specified. Fit framing lumber and other rough carpentry, set accurately to the required lines and levels, and secure in place in a rigid manner. Do not splice framing members between bearing points. Set joists, rafters, and purlins with their crown edge up. Frame members for the passage of pipes, conduits, and ducts. Do not cut or bore structural members for the passage of ducts or pipes without approval. Reinforce all members damaged by such cutting or boring by means of specially formed and approved sheet metal or bar steel shapes, or remove and provide new, as approved. Provide as necessary for the proper completion of the work all framing members not indicated or specified. Spiking and nailing not indicated or specified otherwise shall be in accordance with the Nailing Schedule contained in ICBO UBC; perform bolting in an approved manner. Spikes, nails, and bolts shall be drawn up tight. Use slate or steel shims when leveling joists, beams, and girders on masonry or concrete. Do not use shimming on wood bearings.

3.1.1 Sills

Set sills level and square and wedge with steel or slate shims; point or grout with non-shrinking cement mortar to provide continuous and solid bearing. Anchor sills to the foundations as indicated. Where sizes and spacing of anchor bolts are not indicated, provide not less than 5/8-inch diameter bolts at all corners and splices and space at a maximum of 6 feet o.c. between corner bolts. Provide at least two bolts for each sill member. Lap and splice sills at corners and bolt through the laps or butt the ends and through-bolt not more than 6 inches from the ends. Provide bolts with plate washers and nuts. Bolts in exterior walls shall be zinc-coated.

3.1.1.1 Anchors in Concrete

Embed anchor bolts not less than 8 inches in poured concrete walls and provide each with a nut and a 2-inch-diameter washer at bottom end. A bent end may be substituted for the nut and washer; bend shall be not less than 90 degrees. Powder-actuated fasteners spaced 3 feet o.c. may be provided in lieu of bolts for single thickness plates on concrete.

3.1.2 Beams and Girders

Set beams and girders level and in alignment and anchor to bearing walls; piers, or supports with U-shaped steel strap anchors. Embed anchors in concrete at each bearing and through-bolt to the beams or girders with not less than two bolts. Provide bolts not less than 1/2 inch in diameter and with plate washers under heads and nuts. Install beams and girders with 8-inch minimum end bearing on walls or supports. Install beams and girders into walls with 1/2-inch clearance at the top, end, and sides. Provide joints and splices over bearings only and bolt or spike together.

3.1.3 Joists

Provide joists of the sizes and spacing indicated, accurately and in alignment, and of uniform width. Joists shall have full bearing on sills, plates, beams, and girders; provide laps over bearing only and spike. Where joists are of insufficient length to produce a 12-inch lap, butt joists over bearing and provide wood scabs 2 inches thick by depth of joists by 24 inches long or metal straps 1/4-inch by 1 1/2-inch by not less than 18 inches long nailed to each joist with not less than four 10-penny nails, or approved sheet metal connectors installed in accordance with the manufacturer's recommendations. Provide metal hangers for joists framing into the side of headers, beams, or girders. The minimum joist end bearing shall be 4 inches. For joists approved to be bored for the passage of pipes or conduits, bore through the neutral axis of the joist. Provide steel joist hangers of proper size and type to receive the ends of all framed joists.

3.1.3.1 Doubled Joists

Provide under bearing walls and partitions running parallel with the floor joists, around stairways, and at other openings where joists are cut and framed. Double, space for clearance, block apart 4 feet on center, rigidly frame, and spike together joists under partitions that are to receive ducts, pipes, and conduits.

3.1.4 Bridging

Provide bridging for floor and ceiling joists. Locate bridging as indicated and as specified herein. Provide bridging for spans greater than 6 feet, but do not exceed 8-feet maximum spacing between rows of bridging. Install rows of bridging uniformly. Provide metal or wood cross-bridging, except where solid bridging is indicated. Do not nail the bottom end of cross-bridging until the subfloor has been laid.

3.1.4.1 Wood Cross-Bridging

Provide wood cross-bridging not less than 2 by 3 inches. Nail wood cross-bridging at each end with two 8-penny nails for one-inch-thick material and three 8-penny nails for 2-inch-thick material.

3.1.5 Subflooring and Underlayment

3.1.5.1 Plywood

Apply best side up with the grain of outer plies or the long dimension at right angles to joists. Stagger end joints and locate over the centerline of joists. Panels shall be continuous over two or more spans. Glue and nail panels 6-inches o.c. at supported edges and 10 inches o.c. over intermediate bearing. Nails shall be 8-penny common or 6-penny threaded, glue shall be construction adhesive recommended for the proposed application. Underlayment shall be laid perpendicular to the subfloor with joints staggered. Underlayment shall be screwed to the joists through the subfloor using type W power driven screws. Screw heads shall be driven flush with top of plywood. Lightly sand all joints to receive resilient flooring.

3.1.5.2 Depressed Subfloors

Provide depressed subfloors to receive ceramic tile floors. Nail cleats or ledgers of one by 4-inch material to the sides of joists to support the flooring material. Place the cleats at a depth below the top of the joists sufficient to allow the installation of the subflooring below the tops of joists. Snugly fit subflooring as specified herein between joists.

3.1.6 Columns and Posts

Set columns and posts, plumb, in alignment, and with full and uniform bearing. Do not embed the bottom and bearing surfaces of posts in concrete or set in direct contact with concrete slabs on grade.

3.1.7 Wall Framing

3.1.7.1 Studs

Select studs for straightness and set plumb, true, and in alignment. In walls and partitions more than eight feet tall, provide horizontal bridging at not more than eight feet o.c. using nominal 2-inch material of the same width as the studs; install the bridging flat. Sizes and spacing of studs shall be as indicated. Double studs at jambs and heads of openings and triple at corners to form corner posts. Frame corner posts to receive sheathing, lath, and interior finish. Truss over openings exceeding 4 feet in width or use a header of sufficient depth. Toe-nail studs to sills or sole plates with four 8-penny nails or fasten with metal nailing clips or connectors. Anchor studs abutting concrete or masonry walls thereto near the top and bottom and at midheight of each story using expansion bolts or powder-actuated drive studs.

3.1.7.2 Plates

Use plates for walls and partitions of the same width as the studs to form continuous horizontal ties. Splice single plates; stagger the ends of double plates. Double top plates in walls and bearing partitions, built up of two nominal 2-inch thick members. Top plates for nonbearing partitions shall be single or double plates of the same size as the studs. Nail lower members of double top plates and single top plates to each stud and corner post with two 16-penny nails. Nail the upper members of double plates to the lower members with 10-penny nails, two near each end, and stagger 16 inches o.c. intermediately between. Nail sole plates on wood construction through the subfloor to each joist and header; stagger nails. Anchor sole plates on concrete with expansion bolts, one near each end and at not more than 6 feet o.c., or with powder-actuated fasteners, one near each end and at not more than 3 feet o.c.. Provide plates cut for the passage of pipes or ducts with a steel angle as a tie for the plate and bearing for joist.

3.1.7.3 Firestops

Provide firestops for wood framed walls and partitions at each floor level and at the ceiling line in the top story. Where firestops are not automatically provided by the framing system used, they shall be formed of closely fitted wood blocks of nominal 2-inch thick material of the same

width as the studs and joists.

3.1.8 Wall Sheathing

3.1.8.1 Gypsum Sheathing Board

Apply gypsum sheathing board vertically. Butt joints and locate over the centerlines of supports. Stagger vertical joints and abut sheet closely to frames of openings. Nail sheathing with 11 gage, 3/8-inch head, zinc-coated nails 1 1/2 inches long for 1/2-inch sheathing and 1 3/4 inches long for 5/8-inch sheathing, spaced 3/8-inch minimum from edges. Provide 2-by 4-inch blocking for horizontal edges of 4-foot wide panels not otherwise supported.

a. Gypsum Sheathing Board Used with Unbraced Frames: Sheathing shall be 4-feet wide and applied vertically. Extend sheathing over and nail to both sill and top plates. Nail 4 inches maximum o.c. at edges and 8 inches maximum o.c. at intermediate bearings.

3.1.9 Building Paper

Provide building paper where indicated. Apply paper shingle fashion, horizontally, beginning at the bottom of the wall. Lap edges 4 inches, and nail with one-inch, zinc-coated roofing nails, spaced 12 inches o.c. and driven through tin discs.

3.1.10 Ceiling Joists

Size as indicated and set accurately and in alignment. Toe-nail joists to all plates with not less than three 10-penny nails. Frame openings in ceilings with headers and trimmers.

3.1.11 Rafters

Size as indicated, set accurately, and form a true plane. Ridge, hip and valley members shall be of ample depth to receive beveled ends of rafters and shall be 2 inches thick. Rafters shall be notched and have full and solid bearing on plates. Toe-nail rafters to plates and ridge, valley and hip member with at least three 10-penny nails and nail to adjoining ceiling joists with at least four 10-penny nails. Adequately frame openings in roofs with headers and trimmers. Double headers and trimmers carrying or supporting two or more rafters.

3.1.12 Metal Framing Anchors

Provide framing anchors at every other rafter or trussed rafter to fasten rafter or trussed rafter to plates and studs against uplift movement and forces as indicated. Anchors shall be punched and formed for nailing so that nails will be stressed in shear only. Nails shall be zinc-coated; drive a nail in each nail hole provided in the anchor.

3.1.13 Plywood Roof Sheathing

Install with the grain of the outer plies or long dimension at right angles to supports. Stagger end joints and locate over the centerlines of

supports. Allow 1/8-inch spacing at panel ends and 1/4 inch at panel edges. Nail panels with 8-penny common nails or 6-penny annular rings or screw-type nails spaced 6 inches o.c. at supported edges and 12 inches o.c. at intermediate bearings. Where the support spacing exceeds the maximum span for an unsupported edge, provide adequate blocking, tongue-and-groove edges, in accordance with APA E30-L.

3.1.14 Stair Framing

Cut carriages to exact shape required to receive treads and risers, with risers of uniform height and treads of uniform width. Provide trimmers, nailers, and blocking as required to support finish materials.

3.2 MISCELLANEOUS

3.2.1 Wood Roof Nailers, Edge Strips, Crickets, Curbs, and Cants

Provide sizes and configurations indicated or specified and anchored securely to continuous construction.

3.2.1.1 Crickets, Cants, and Curbs

Provide wood saddles or crickets, cant strips, curbs for scuttles and ventilators, as indicated, specified, or necessary and of lumber or 1/2-inch-thick exterior plywood.

3.2.2 Wood Blocking

Provide proper sizes and shapes at proper locations for the installation and attachment of wood and other finish materials, fixtures, equipment, and items indicated or specified.

3.2.3 Temporary Closures

Provide with hinged doors and padlocks and install during construction at exterior doorways and other ground level openings that are not otherwise closed. Cover windows and other unprotected openings with polyethylene or other approved material, stretched on wood frames. Provide dustproof barrier partitions to isolate areas as directed.

3.2.4 Diaphragms

Install plywood with the long dimension perpendicular to supports. End joints shall be staggered and located over the centerline of supports. Longitudinal joints shall be staggered and provided with blocking. Nail panels with 8-penny nails spaced not more than 6 inches on centers around the diaphragm boundaries and along continuous panel edges and 6 inches on centers at all other supported edges and 12 inches o.c. over intermediate bearings.

3.2.5 Shear Walls

Install plywood with long dimension parallel or perpendicular to supports. Provide blocking behind edges not located over supports. Nail panels with 8-penny nails spaced not more than 6 inches on centers along panel edges

and 6 inches o.c. over intermediate bearings.

3.2.6 Cat Walks.

Install double row of 2 x 6 lumber across top of ceiling joists adjacent to attic access panel continuous from end to end of attic area. Lay boards with 1-inch space between. Stager end joints with each joint on a support.

3.3 ERECTION TOLERANCES

a. Framing members which will be covered by finishes such as wallboard, plaster, or ceramic tile set in a mortar setting bed, shall be within the following limits:

1. Layout of walls and partitions: 1/4 inch from intended position;
2. Plates and runners: 1/4 inch in 8 feet from a straight line;
3. Studs: 1/4 inch in 8 feet out of plumb, not cumulative; and
4. Face of framing members: 1/4 inch in 8 feet from a true plane.

b. Framing members which will be covered by ceramic tile set in dry-set mortar, latex-portland cement mortar, or organic adhesive shall be within the following limits:

1. Layout of walls and partitions: 1/4 inch from intended position;
2. Plates and runners: 1/8 inch in 8 feet from a straight line;
3. Studs: 1/8 inch in 8 feet out of plumb, not cumulative; and
4. Face of framing members: 1/8 in 8 feet from a true plane.

-- End of Section --

b. Add to paragraph the following: "Government reserves the right to be able to take final acceptance of group of units as contractor completes work on units, utilities, and site work. Utilities to accepted units shall be 100% complete so that there will be no interruption of utilities after tenants move in.

41. Section 01010 - General.

a. Add the following pages (31 thru 45, listed as Attachment 1 thru 5) listing testing, sampling and reports required for this project.

b. Soil report will be made available to contractor upon written request to Contracting Officer.

42. Section 01010 - page 18. Add the following: Paragraph 2.5.2.1, "Contractor shall apply to the Louisiana Department of Environmental Quality and the U. S. EPA Region VI for a storm water discharge permit for construction activities. The notices of intent to discharge must be filed prior to the commencement of construction activities. A storm water pollution prevention plan shall be submitted to Environmental Flight, Barksdale AFB, Louisiana, DEQ, and U. S. EPA.

43. Section 02685 - Gas Distribution Systems.

a. Add to paragraph 1.3.1: "d. Gas meters."

b. Add paragraph 1.3.3 as follows:

1.3.3 Welder Certification.
a. Steel pipe welder certification
b. PE pipe welder certification

c. Add paragraph 3.3.1.1 as follows:

3.3.1.1 Welder's Qualifications:

Comply with ASME B31.8. The steel welder shall have a recent copy of a certified ASME B31.8 qualification test report. The PE welder shall have a recent certificate from a PE pipe manufacturer's sponsored training course.

d. Add paragraph 2.4 as follows:

2.4 Gas Meters.

A.N.S.I. B109.3 turbine type with direct reading totalizer and with transmitter such that can be monitored remotely by future connection to telephone lines.

44. Not used.

45. Section 06100 - Rough Carpentry, Page 14. Add the following paragraphs:

a. 3.2.6. Attic Access.

Install a 2'x2' attic access panel at the end of the hallway of upper level of each unit between joist. Panel shall consist of 1/2" gypsum board attached to 5/8 " plywood with a piece of attic insulation attached to plywood. Provide 2x blocking frame between joist and 1x4 trim frame at ceiling to receive panel.

b. 3.2.7. Blocking for Future Ceiling Fans.

Provide 2x blocking at ceiling light fixtures in all bedrooms, family, living and dining rooms for future ceiling fans. Securely attach to ceiling and floor joist.

46. Section 06195 - Prefabricated Metal Plate Connected Wood Trusses.

a. Add this section to specifications. Contractor has option to use trusses in lieu of loose framing.

b. Roof Trusses Design Loading.

| | |
|---|---|
| (1.) Top Chord Loading | DL-10<br>LL-20 |
| (2.) Bottom Chord Loading | DL-10<br>LL-20 |
| (3.) Roof Trusses Spacing | 24" O. C. Max. |

47. Section 07240 - Exterior Insulation and Finish System.

a. Delete this section.

b. Add new Section 07240 - Exterior Insulation Finish Systems (Class PB).

c. Add new Section 07245 - Exterior Insulation Finish System (Class PM).

48. Section 07311 - Asphalt Shingles, paragraph 2.1.1. Change last sentence to read: "Color of shingles shall be red or heavy red blend to match existing base housing roof color, no exception. Contractor shall submit color samples for Contractor Officer to make selection.

49. Section 08520 - Aluminum Windows.

a. Paragraph 1.1 - Add the following to end of paragraph:

AMERICAN SOCIETY FOR TESTING AND MATERIALS

| | |
|---|---|
| ASTM F 588-85 | (1985) Test Methods for Resistance of Window Assemblies to Forced Entry, Excluding Glazing |

b. Paragraph 2.1 - Add the following sentence to end of paragraph: "Windows shall have a minimum Grade 40 in accordance to ASTM F 588-85."

c. Paragraph 2.1.1 - Delete this paragraph and add the "Double-hung windows shall conform to specifications AMA 101 designation DH-C50, Series 8050T-DH-C-50, as manufactured by the Seal Craft Manufacturing, Shreveport, Louisiana, or Model 2880 as manufactured by Graham Architectural Products, York, Pennsylvania, or Forte/Air Master Series 108, Youngstown, Ohio.

d. Paragraph 2.1.1.1 - Delete end of last sentence, "... and shall tilt ... inside." and add, " ... and shall be on the side load configuration."

e. Paragraph 2.1.1.2.

(1.) First line - after word secure, change the word "the " to read "both."

Replace Wherry Housing
AWUB 94-5101 and 95-5101
Addendum 2
13 Feb 95

SPECIFICATIONS

1. Section 06100 - Paragraph 3.1.1 - Add the following to paragraph: "Set sill plate in a continuous bead of one component of polyurethane, non-sag, to meet Fed. Spec. FFS-00230e at exterior walls and plates at double walls separation units."

2. Section 07212 - Delete paragraphs 2.2, 2.4, 3.3.1.8, and 3.3.2.

3. Section 16375 - Paragraph 3.1.6 - Delete last sentence. Refer to sheet 56 of 94 (SE-11), section 12/xx/SE11 for extent of concrete encasement.

DRAWINGS

4. Addendum #1 - Revised Drawings.

a. Revised Drawing R-2 - Add the following to plan: "Provide 1/2" plywood (CDX) wainscot x 4'-0" high with a top cap and a 1x4 base on all 4 walls. Hold plywood 1/2" above concrete. Paint wainscot, base, cap, and gypsum board wall and ceilings."

b. Revised Drawings R-3. Provide casing bead and caulking where gypsum board intersect 2x6 at both head and jamb.

c. Revised Drawing R-4.

(1.) Provide low partition between units front entrance. Refer to Revised Drawing R-11 for notes. Partition shall be same height as front rail. Cap shall be similar to front rail, except provide high point at center and slope both directions.

(2.) Reverse slope of front rail cap.

d. Revised Drawing R-5 - Add "similar" to section 5/A13/A13 at eave.

e. Revised Drawing R-7 - Add note to provide sealant at intersection of E.I.F.S. and flashing at 2x10.

f. Revised Drawing R-8 - Dimension at double line at center of porch shall be 6 1/2".

g. Revised Drawing R-11 - Change the following dimensions.

(1.) Change 8'-11 1/2" to 9'-0".

(2.) Change 8'-0" to 8'-1 1/2".

h. Revised Drawing R-12 - Head and Keyway at arched window shall be E.I.F.S. (PB).

5. Sheet 57 of 94 - Detail 2 and 4/SE5/SE12. Reverse mounting position of new lighting arrestors and fused cutouts.

6. Sheet 87 of 94 - Mechanical Floor Plans.

6 - 000693

AMENDMENT 0002
Page 1 of 2

ROXCO13322

13

Replace Wherry Housing
AWUB 94-5101 and 95-5101
Addendum 3
3 Feb 95

DRAWINGS

1. Sheet 72 OF 94 - Wall Sections, Section 3/A1/A12: Contractor has option to provide a gable truss at second floor in lieu of a full height stud wall.

2. Sheet 67 of 94 - Floor Plans: Clarification - Do not provide shelves at recesses in master bedroom.

3. Sheet 74 of 94 - Stair Section - sections 1 and 2/xx/A14

a. Stairwell platform finish shall be 1/2" oak, tongue and groove planking over 3/4" subfloor.

b. Change size of plywood riser to 1/2" in lieu of 1 1/2".

4. Sheet 2 of 94 - Housing Unit Schedule (HUS)

a. Classification - General Note #1: Unit type D and E are identical. Refer to sheets 67 and 68 of 94 for plans and elevations

b. There are some inconsistencies between assigned garage numbers listed in HUS and overall plans. These items will not effect bid price. Revised schedule shall be provided by Contracting Officer prior to Notice to Proceed is issued.

c. Exterior elevation and color scheme Notes: Note 1 Clarification - Revised drawings R-10 and R-11, Addendum #1 only replaced flat roof of porch (Scheme A) Scheme B (alternate front elevation) is still to be priced. Section 2/xx/All would apply to both schemes. Note one should read:
1. Scheme A- Gable end porch
2. Scheme B - Hipped end porch

5. Sheet 3 and 4 of 94 - Overall plans Clarification: Overall plan shows garage 3342, 2224 and 2758 as four car garages. Bid Option (BO) 3- Phase II, BO 1 - Phase II, and BO 6 - Phase I indicates 2 car garages. If BP are not exercised then garages shall be 2 car garages, and if BO's are exercised then garages shall be 4 cars.

6. Sheet 83 of 94 - Foundation Details - Section 1/xx/56: Grade beam reinforcing steel shall be 2 - #7 cont. top and bottom and #3 stirups at 24" OC. Provide corner bars at all corners, splice shall be minimum of 30 Dim.

SPECIFICATIONS

7 Section 06100 - Rough Carpentry

a. Paragraph 2.2.1.1 - Change "5/8" to "3/4". 6 - 000697

b. Paragraph 2.2.3.1 - Change "24/0" to "40/20" and add to end of sentence..., "5/8" minimum thickness

8. Section 07212 - Add the followings to the following Part of section:

a. Product - 2.7: Blown-in Insulation Type 1, category 1 under ASTM C 746 with an ignition loss of 1% or less. Surface burning characteristics per ASTM E 84 include a flame spread of 5 and smoke developed of 5. Insulation shall be noncombustible per ASTM E 136. Provide a minimum R-value of 30 per manufactures recommended depth.

AMENDMENT 0003
PAGE 1 OF 2

ROXCO13326

EXTERIOR INSULATION FINISH SYSTEM
CLASS PM

PART 1 - GENERAL

1.01 SECTION INCLUDES:

A. PM WALL SYSTEM: Composite wall [and soffit] insulation and finish system consisting of rigid insulation board, fasteners, mesh, base coat, and finish coat.

1.02 RELATED SECTIONS

A. Section [03300]: Concrete substrate.
B. Section [ ]: Not Used
C. Section 05400 - Cold-Formed Metal Framing.
D. Section [06100]: Plywood Substrate.
E. Section 07620 - Sheet Metal Flashing and Trim: Perimeter flashings.
F. Section 07900 - Sealants.
G. Section 09100 - Metal Support Systems.
H. Section 09260 - Gypsum Board Systems.

1.03 REFERENCES

A. ASTM C 150 - Specification for Portland Cement.
B. ASTM D 1682 - Test for Break Load and Elongation of Textile Fabrics.
C. ASTM E 695 - Conducting Strength Tests of Panels for Building Construction.
D. ASTM E 84 - Tests for Burning Characteristics of Building Materials.
E. ASTM C 578 - Preformed Cellular Polystyrene Thermal Insulation.
F. ASTM G 23 - Operating Light and Water Exposure Apparatus (Carbon-Arc Type) for Exposure on Non-metallic Materials.
G. ASTM G 53 - Operating Light and Water Exposure Apparatus (Fluorescent UV-Condensation Type) for Exposure on Non-metallic Materials.
H. ASTM C 67 - Sampling and Testing Brick and Structural Clay Tile.
I. ASTM B 117 - Standard Method of Salt Spray (Fog) Testing.
J. ASTM E 330 - Structural Performance of Exterior Windows, Curtain Walls, and Doors by Uniform Static Air Pressure Difference.
K. ASTM D 968 - Abrasion Resistance of Organic Coatings by Falling Abrasive.
L. ASTM E 108 (Modified) - Fire Tests of Roof Coverings.
M. FS TT-C-555B - Coating Textured for Interior and Exterior Masonry Surfaces.
N. Federal Test Standard 141A Method 6201 - Standard Method for Testing Coated Metal Specimens at 100% Relative Humidity.
O. UL 723 - Test for Surface Burning Characteristics of Building Materials.
P. UBC 17-6 - Method of Test for Evaluation of Flammability Characteristics of Exterior Non-Load Bearing Wall Panel Assemblies Using Foam Plastic Insulation.
Q. MIL-Y-1140G - Yarn, Cord, Sleeving, Cloth and Tape-Glass.
R. Military Standard 810 B Method 508.
S. EIMA - Exterior Insulation Manufacturers Association.

1.04 DEFINITIONS

A. Exterior Insulation and Finish System: Exterior assembly comprised of insulation board, adhesive base coat, reinforcing mesh, and finish coat.

B. Class PM Systems: EIMA designation for a protective finish coating system in which the base coat remains relatively the same thickness regardless of reinforcing.

6 - 000621

1.05 SYSTEM DESCRIPTION

A. Performance Requirements: System shall meet or exceed the following performance standards when tested in accordance with the following methods:
1. Accelerated Weathering: ASTM G 23-81 or ASTM G 53-81; Testing period of 2,000 hours: No cracking, flaking, or adverse effects.
2. Wind Driven Rain: FS TTC-555B: No visible leaks or dampness throughout to the rear face and less than 90 gram increase.
3. Moisture Resistance: FS 141A, Method 6201; 14 day exposure: No adverse effects.
4. Salt Spray Resistance: ASTM B 117 Salt Spray (Fog) Testing; Testing period of 300 hours: No adverse effects.
5. Mildew Resistance: MIL Standard 810 B Method 508: No mildew growth supported after 28 days.
6. Abrasion Resistance: ASTM D 968-81 Method A: No cracking, checking, or loss of film integrity after 500 liters of sand.
7. Surface Burning: ASTM E 84 or UL 723: Test specimen consists of base coat, reinforcing mesh and finish coat. Flame spread and smoke developed less than 25.
8. Full Scale Diversified Fire Testing: Modified ASTM E 108 for Vertical Walls: No significant contribution to vertical or horizontal flamespread and no fall-off of coating and fire involvement of insulation core.
9. Freeze-Thaw Resistance: ASTM C 67-81: No visible damage and negligible weight gain after 50 cycles.
10. Negative Wind Load/Full Scale Testing: ASTM E 330 Positive and Negative Air Pressure: Withstand wind loads required by applicable codes.
11. Measuring Relative Resistance of Wall, Floor, and Roof Construction to Impact Loading: ASTM E 695, 60 lb. Impact Mass: No cracking from a drop height of six feet.
12. Full Scale Multi-Story Fire Test: UBC Std. 17-6: Results: 1) Flames do not propagate beyond the immediate area of flame impingement on the exterior face of the wall panels. 2) Flame propagation does not occur vertically or laterally through the core insulation to the limits of the test panels. Flame propagation may be judged to occur within the test panels when temperatures within the insulation core outside the region of direct flame exposure exceed 750 degrees F above ambient. 3) Flame propagation shall not occur to the first-floor wall panels extending beyond the concrete block walls of the test fixture either through core insulation or over the exterior or interior panel surfaces. Where the flame cannot be directly observed, flame propagation s be assumed to occur where the temperatures within the insulation core exceed 750 degrees F above ambient. 4) Temperatures measured 1" from the interior surfaces of the wall assembly within the second stor do not exceed 350 degrees F above ambient. 5) Flames do not enter the second-story room.

1.06 SUBMITTALS

A. Submit under provisions of Section [01300] [01340].

B. Product Data: Provide data on PM WALL SYSTEM materials, product characteristics, performance criteria, limitations and durability.

C. Shop Drawings: Indicate wall [and soffit] joint pattern and joint details, thickness, and installation details for mechanical anchoring, accessories, flashing and sealing.

D. Samples: Submit two [ 12 ] x [ 12 ] inch size samples of PM WALL SYSTEM illustrating finish coat [custom] color and texture range.

E. Certificate: System manufacturer's approval of applicator.

F. Letter: System manufacturer's letter that materials meet or exceed specified requirements.

G. System Manufacturer's Installation Instructions: Indicate preparation required, installation techniques, jointing requirements and finishing techniques.

1.07 QUALITY ASSURANCE

A. Applicator: Approved by EIFS MANUFACTURER in performing Work of this Section.

B. Regulatory Requirements: Conform to applicable code requirements for finish system.

C. Field Samples:
1. Provide under provisions of Section 01010
2. Construct one field sample panel for each color and texture, [ 2 x 2 ] feet in size of system materials illustrating method of attachment, surface finish, color and texture.
3. Prepare each sample panel using the same tools and techniques to be used for the actual application.
4. Locate sample panel where directed.
5. Accepted sample panel may [not] remain as part of the Work.

1.08 DELIVERY, STORAGE AND HANDLING

A. Deliver, store and handle products under provisions of Section 01010

B. Deliver PM WALL SYSTEM materials in original unopened packages with Manufacturer's labels intact.

C. Protect PM WALL SYSTEM materials during transportation and installation to avoid physical damage.

D. Store PM WALL SYSTEM base and finish coat materials in cool, dry place protected from freezing. Store at no less than 40 degrees F and below 80 degrees F.

E. Store insulation board flat and protected from direct sunlight.

F. Store PM WALL SYSTEM mesh in dry place protected from exposure to moisture.

1.09 PROJECT/SITE CONDITIONS

A. Do not apply PM WALL SYSTEM in ambient temperatures below 40 degrees F. Provide supplementary heat during installation and drying period when temperatures less than 40 degrees F prevail.

B. Do not apply PM WALL SYSTEM on frozen surfaces.

C. Maintain ambient temperature at or above 40 degrees F during and at least 24 hours after PM WALL SYSTEM installation and until dry.

1.10 SEQUENCING AND SCHEDULING

A. Coordinate and schedule installation of PM WALL SYSTEM with related Work of other sections.

B. Coordinate and schedule installation of trim, flashing, and joint sealers to prevent water infiltration behind the system.

1.11 WARRANTY

A. Provide EIFS MANUFACTURER standard five-year materials replacement warranty for PM WALL SYSTEM installations under provisions of Section 01010

PART 2 - PRODUCTS

2.01 MANUFACTURERS

A. SENERTHIK WALL SYSTEM (Class PM System) manufactured by SENERGY INC.

B. DRYVIT

C. STO

2.02 MATERIALS

A. MECHANICAL ANCHORS: Type appropriate for substrate recommended by EIFS MANUFACTURER
   1. Masonry: Type M expansion anchor with 1 1/2 inch diameter washer: 1 inch minimum penetration into masonry.
   2. Wood Framing: Type W bugle head screws with 1 1/2 inch diameter washer: 5/8 inch minimum penetration into framing.

B. BASE LIQUID: Acrylic polymer resin base liquid; manufactured by EIFS MANUFACTURER.
C. Portland Cement: Conform to ASTM C 150 Type I, II, I/II, Grey or White; fresh and free of lumps.
D. Water: Clear, clean and potable without foreign matter.
E. Sand: Silica sand as recommended by EIFS MANUFACTURER.
F. Insulation Board: Extruded Polystyrene; ASTM C 578, Type IV; Flame spread less than 25 per ASTM E 84; K = 0.20 per inch; 2 x 8 feet size; 3/4 inch thickness minimum as indicated on Drawings
G. MESH: MIL-Y-1140G; Balanced open weave glass fiber mesh; twisted multi-end strands treated for compatibility with PM WALL SYSTEM components.
H. CHOPPED FIBERS: Type furnished by EIFS MANUFACTURER.
I. FINISH COAT: 100% acrylic resin finish; air cured, compatible to base coat; finish color factory mixed: [custom] color as selected; finish texture [SILICONE SAND] as scheduled.
J. ACRYLIC PAINT: 100% acrylic paint; manufactured by EIFS MANUFACTURER.

2.03 ACCESSORIES

A. Zinc Trim, Corners, Expansion and Control Joints: Type recommended by EIFS MANUFACTURER.
B. Sealants: Type recommended by EIFS MANUFACTURER.

PART 3 - EXECUTION

3.01 EXAMINATION

A. Verify project site conditions under provisions of Section 01010
B. Examine surfaces to receive PM WALL SYSTEM and verify that substrate and adjacent materials are dry, clean, sound.
C. Acceptable substrates are gypsum sheathing, concrete, plywood and unit masonry. Consult EIFS MANUFACTURER for application over other substrates.
D. Verify substrate surface is flat, free of fins or irregularities greater than 1/4" in 10 feet.

3.02 PREPARATION

A. Protect all surrounding areas and surfaces from damage and staining during application of PM WALL SYSTEM
B. Protect finished Work at end of each day's work to prevent water penetration.
C. Substrate Preparation: Prepare substrates in accordance with EIFS MANUFACTURER instructions



6 - 000624

ROXCO13253

3.03 MIXING

A. BASE COAT:
1. Mix and prepare material in clean container, free of foreign substances. Do not use container which has contained or been cleaned with a petroleum based product.
2 Mix in a clean cement stucco mixer.
3. Mix one bag (94 lbs.) Portland Cement, 150 to 200 lbs. silica sand and 1 package (1 lb.) CHOPPED FIBERS with BASE LIQUID (40 lbs.) Mix for 3 to 5 minutes to a homogeneous consistency
4. Water may be added to adjust workability .
5. Close container when not in use; pot life is same as ordinary mortar of plaster materials.
6. Additives are not permitted.

B. FINISH COAT:
1. Thoroughly mix the factory-prepared FINISH COAT material with a high speed mixer to a homogeneous consistency.
2. Clean, potable water, in a small amount, may be added to adjust workability.
3. Additives are not permitted.

C. ACRYLIC PAINT:
1. Thoroughly mix the factory-prepared ACRYLIC PAINT material with a high speed mixer to a homogeneous consistency.
2. Clean, potable water, in a small amount, may be added to adjust workability.
3. Additives are not permitted.

3.04 APPLICATION

A. General: Apply PM WALL SYSTEM materials in accordance with EIFS MANUFACTURER instructions.

B. INSULATION BOARD:
1. Vertical Surfaces: Begin at base from firm, permanent or temporary support.
2. Pre-cut insulation board to fit openings, projections; stagger vertical joints and corners
3. Apply insulation board horizontally in a running bond with Type [M] [W] mechanical fasteners; achieve preliminary attachment by applying 2 mechanical fasteners through insulation board and into the framing or masonry 12 inches up from bottom of insulation board and [16] [24] inches from each end. Final fastener attachment pattern and spacing as recommended by EIFS MANUFACTURER.
4. Abut all joints tightly and insure overall flush level surface. Cut slivers of insulation board and fit into gaps between insulation boards.
5. Apply MESH over insulation board with 3 inch overlap at edges; secure through insulation and into substrate with mechanical fasteners at [16 inches o.c. horizontally over masonry substrates] [16] [24] inches o.c. horizontally over framing] and 12 inches o.c. vertically.
6. Mechanically fasten expansion joints, control joints, corner, casing and stop beads and other accessories as recommended by EIFS MANUFACTURER.

C. BASE COAT:
1. Apply first application of mixed BASE COAT over entire surface of MESH and insulation board with a stainless steel trowel to a uniform thickness of approximately 1/8 inch.
2 Immediately trowel a second layer of mixed base coat to a thickness of approximately 1/8 inch. Level base coat with metal or wood slicker to achieve a smooth uniform surface, total thickness approximately 1/4 inch matching height of grounds of trim accessories.
3. Allow base coat with embedded mesh to dry hard (normally 8 to 10 hours) before proceeding to application of FINISH COAT.



6 - 000625

ROXCO13254

D. FINISH COAT
1. Apply FINISH COAT directly to BASE COAT/REINFORCING MESH with a clean stainless steel trowel to thickness required for type of finish specified.
2. Apply and level FINISH COAT during same operation to minimum obtainable thickness consistent with uni coverage.
3. Maintain a wet edge on FINISH COAT by applying and texturing continually over the wall surface.
4. Work FINISH COAT to corners, joints, or natural breaks and do not allow material to set up within an uninterrupted wall area.
5. Achieve final texture of [SILICONE SAND] by allowing the trowel or float to roll on the aggregate using a variety of motions.

E. ACRYLIC PAINT: Apply ACRYLIC PAINT with a brush or roller to specified area.

3.05 CLEANING

A. Clean Work under provisions of Section

B. Clean adjacent surfaces and remove excess material, droppings, and debris.

3.06 PROTECTION

A. Protect finished Work under provisions of Section

3.07 [SCHEDULES]:

A. FINISH COAT

| FINISH | LOCATION |
| --- | --- |
| 1. SILICONE SAND | |



END OF SECTION

6 - 000626

ROXCO13255

GENERAL CONTRACTOR

GUNITE CONTRACTOR

ROXCO, LTD.

PHONE (601) 825-4193
FAX (601) 825-8997

P.O. BOX 64 • BRANDON, MISSISSIPPI 39043

September 11, 1997

Letter No. 423

Mr. Bill Kasik
Harris Specialty Chemicals, Inc.
10245 Centurion Parkway North
Jacksonville, Florida 32256

RE: Wherry Housing Project, Barksdale AFB, LA

Dear Bill:

For the past several weeks, we at ROXCO, Ltd. have been trying to get your technical representative to visit the job site and inspect the remedial work that has been performed to date in Phase II.

On September 2, 1997, arrangements were made with a representative of your company to visit the job site. For reasons unknown to ROXCO, Ltd., Harris Specialty Chemicals, Inc. rescheduled the site visit to the week beginning September 8, 1997. Several attempts have been made this week to confirm this site visit to no avail.

For your information, we are presently nearing the completion of this portion of work and the government has requested your warranty before they will accept turnover of these buildings/garage units.

In order not to further delay this process, it is of utmost importance that you arrange for your Mr. David Smith to be at the job site not later than Monday, September 15, 1997, for review and approval of the EIFS remediation work, so that you can proceed with the issuance of the specified warranty.

Please confirm via fax today, the date and approximate time of arrival for Mr. David Smith so that we can have his admission to the base pre-approved. ROXCO, Ltd. job site fax number is 318-741-1624.

Sincerely,

Robert J. Sanderson
Sr. Project Manager

cc: Pat Leech
Lou Iacona
File

18

ROXCO22922

GENERAL CONTRACTOR GUNITE CONTRACTOR

ROXCO, LTD.

PHONE (601) 825-4193
FAX (601) 825-6997

P.O. BOX 84 • BRANDON, MISSISSIPPI 39043

September 12, 1997

Letter No. 424

Mr. Bill Kasik
Harris Specialty Chemicals, Inc.
10245 Centurion Parkway North
Jacksonville, Florida 32256

RE: Wherry Housing Project, Barksdale AFB, LA

Dear Mr. Kasik:

Reference ROXCO Ltd. Letter No. 423 dated Sep. 11, 1997, and faxed to your firm on Sep. 11, 1997, and "followed-up" with a second fax on Sep. 12, 1997 In addition, please refer to telephone call between Lou Iacona of ROXCO, Ltd. and yourself on Sep.11, 1997, at 9:00 am and especially to the verbal agreement that you would telephone Mr. Iacona immediately upon receipt of the faxed letter.

We have not received this expected telephone call. Furthermore, we have not received, via FAX, confirmation for Mr. David Smith's arrival to the job site which was requested in the above referenced letter. We have grave concerns regarding Harris Specialty Chemicals, Inc. non responsive actions causing delays to this project. In the above referenced letter, we asked for immediate response in order not to further delay job progress. It appears that Harris Specialty Chemicals, Inc. is either unwilling or unable to respond within reasonable and acceptable time frames for support which your firm should be providing this project.

It is absolutely urgent that a representative from Harris Specialty Chemicals, Inc. be at this job site NLT Monday, Sep. 15, 1997, to establish an acceptable standard of the Exterior Insulation Finishing System (EIFS) remediation work.

It is ROXCO's intent to keep delay costs to a minimum and your cooperation is key to this effort. We thank you in advance for your prompt attention to this matter.

Sincerely,

Robert J. Sanderson
Sr. Project Manager

cc: Lou Iacona
Pat Leech
File

19

ROXCO22912

HARRIS SPECIALTY CHEMICALS, INC.

September 12, 1997.

Mr. Robert Sanderson
Roxco, Ltd.
P. O. Box 64
Brandon, MS 39043

Dear Mr. Sanderson:

I am in receipt of your letter No. 423. I have been unable to reach David Smith as he is involved in another matter out of town. We will, as quickly as possible, dispatch one of our technical representatives to inspect the work performed to date for Phase II of Wherry Housing.

For your information, it is Harris Specialty Chemicals' policy to not issue warranties on any project until the material provided for that project has been paid for. Please note that until payment for the material is received, no warranty will be issued.

Yours truly,

W. R. Kasik

William R. Kasik, Jr.
Director of Sales

WRK:dj

cc: Randy Donovan
Dave Smith

JACKSONVILLE • NEW YORK
[illegible] CENTURION PARKWAY NORTH, JACKSONVILLE, FL 32256-0565

SEP-12-97 15:55 FROM:HARRIS SPECIALTY CHEMICAL ID:9049965961 PAGE 1/1

20

ROXCO22905

**Senergy®**

SERIAL NO. 1997-589MO
DATE: NOVEMBER 30, 1997

# MANUFACTURER'S MATERIAL WARRANTY

ISSUED TO: BARKSDALE AIR FORCE BASE
2ND CONTRACTING DIVISION 841 FAIRCHILD AVENUE
BOSSIER CITY, LA

PROJECT NAME: WHERRY HOUSING PROJECT
PROJECT LOCATION: BUILDING #2759 BAFB, BOSSIER CITY, LA
INSTALLED BY: EXTERIOR / INTERIOR SPECIALTIES, INC.

Senergy Inc., hereinafter referred to as "SI" hereby warrants that its System, a four component exterior wall insulation and finish system including SI Insulation Board, SI Reinforcing Fabric, SI Base Coat and SI Finish Coat, when applied in strict accordance with written specifications, incorporated herein and made a part hereof and when applied to approved surfaces, will not within a period of five (5) years after application under normal weather conditions, lose its bond, peel, flake or chip, and further, that it will be fade resistant and will be water resistant so long as surface integrity is retained. This warranty applies only to SI products and is void if the SI products are intermixed with other materials. Furthermore Senergy Inc. makes no warranties whatsoever with respect to the workmanship involved in the application of any SI products warranted hereunder.

This warranty applies only to application on approved substrates and does not include failures caused by improper design, defective substrate, acts of God, falling objects, explosions, structural movement, fire, floods, chemical fumes or foreign substances in the atmosphere or insufficient or defective waterproofing between the SI products and non-Senergy products. No other warranties are made except those expressly described herein.

The exclusive and sole remedy under this warranty shall be that Senergy Inc. by way of damages will supply replacement materials without expense to the buyer.

Any claims under this warranty shall be made in writing addressed to Senergy Inc., a division of HSC Inc., 10245 Centurion Parkway North, Jacksonville, Fl. 32256, within thirty (30) days from the date of the alleged failure. A representative of Senergy Inc. shall be given reasonable opportunity to inspect the alleged failure.

THIS WARRANTY IS EXCLUSIVE AND IS IN LIEU OF ANY IMPLIED WARRANTY OR MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHER WARRANTY OR QUALITY, WHETHER EXPRESS OR IMPLIED. SENERGY INC. SHALL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR ANY INDIRECT OR CONSEQUENTIAL DAMAGES TO ANY PARTY WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS OR DAMAGE TO THE BUILDING OR ITS CONTENTS. Senergy Inc. shall have no further obligation or liability of any kind, and it is further agreed and understood that the price stated for the Senergy Inc. materials is consideration for the limitation of Senergy Inc.'s liability hereunder. The sales personnel of Senergy Inc. are not authorized to make warranties about the merchandise described in this contract. Senergy Inc.'s employees' ORAL STATEMENTS DO NOT CONSTITUTE WARRANTIES, SHALL NOT BE RELIED UPON BY THE BUILDING OWNER OR ANY THIRD PARTY, AND ARE NOT PART OF THE CONTRACT FOR SALE. THE ENTIRE CONTRACT IS EMBODIED IN THIS WRITING AND NO OTHER WARRANTIES ARE GIVEN BEYOND THOSE SET FORTH IN THIS WRITTEN CONTRACT. This writing constitutes the final expression of the parties' agreement, and it is a complete and exclusive statement of the terms of that agreement. This warranty is null and void unless Senergy Inc. has received payment in full for such products subject to this warranty.

SENERGY

BY: Randall L. Donovan
Director, Technical Services

SQUARE FEET: 3214

Senergy Inc., a division of HSC Inc., 10245 Centurion Parkway N., Jacksonville, Florida 32256, Phone 904-996-6000, Fax 904-996-6041

(21)