File

**MEMO**

**To :** Pat Leech
**From:** Jack Keating
**Date:** Fri March 28, 1997
**Re:** Barksdale - Punching out Phase II

Addressing the Government's statements that progress is not being made

•We got the 38 page punch list for ½ of building interior and all the exterior of building 2759 on Thursday February 27th. On Monday March 3rd we walked the building in depth to visually review each of the items on the Government's list.

•We were done with the interior items for building 2759 on Tuesday March 11th except for waxing the floors which we do after the Government approves the building.

•On Wednesday March 12th we started punching out the next building, which is 2767. Today we are done with the interior items on buildings 2769, 2801, 2805 and 2807 except for painting touch up and stair staining/sealing where the painter is done in 2769 and currently working in 2801. We expect the painter to be done with painting punch (touch up and stair staining/sealing) in the remainder of 2801, 2805 and 2807 by Friday April 4th.

•Now that Jet is here the exterior EFIS punch list work will start on Monday March 31st when the finish coat material hits the site. Exterior/Interior had 25-30 buckets of the finish coat material on the jobsite but 75% of the buckets were either hard or out of date and not useable. The 8 good buckets are for the "white" color and we don't use the "white" till we get to 2811 which is the 7th house on the order we are going by. We did expedite sending color samples from the earlier approved color samples to Synergy once we hooked up with Kohler as a material source. We are also expediting delivery of the material to the site.

•Around March 10th we painted the blemishes on the exterior of 2767 with paint that we had color matched locally from Caddo paint but the paint did not adhere to the EFIS. The EFIS finish is acrylic and the paint we got from Caddo was acrylic but Jim Kohler has told us subsequently the EFIS finish has special additives and that is probably why the paint we used did not adhere.

•Exterior/Interior would not send men down to do the exterior punch list 2759. The only time we got a crew down there was Monday March 10th when Gil and I went to Willie Lars, when neither Carlos nor James Leon were on site, and got him to go down. He worked for an hour and it started raining. On Thursday March 6th James Leon, Carlos and Gil were in my office. Carlos said he was not going down to Phase II because he was owed extras for Phase II that he had not been paid for. In a nutshell, Exterior/Interior was unresponsive to doing work on Phase II. This hurt progress on punching out the exteriors of the buildings.

•Regarding the exterior punch list work of buildings 2759, 2767, 2769, 2801, 2805 and 2807 everything is completed except the EFIS punch items, roofing drip edges & roof vents and 2807

ROXCO05592

still needs the ASW roof fix.

•On Wednesday March 26th we got Dynamic Builders to agree to do the remaining roofing work including the punch list items. Glen originally thought he could get some of Exterior/Interiors existing roofers but they said they didn't want to upset James Leon because the do other work for James. Glen has gotten other men and they are starting roofing work on 2767 tomorrow.

•Our punch crew is comprised of 4 carpenters - Hall Williams (lead man), Eddie Dodd, Alfonso Sauseda and Tim Poe. Once everyone is done we send 1 laborer in to broom clean and remove any trash.

•Today our punch crew is working is at 2802, the so called "ghost house" putting cabinets in so we can continue around the bend from Shreveport Rd to Bossier Rd. They will finish putting in those cabinets end day Monday March 31st. Then they will pick back up with punch list on building 2800 on Bossier Rd on April 1st. The 2nd group of 6 buildings will be 2811, 2800, 2750, 2745, 2744 and 2740.

CC: File

Government's actions discussed above. The first pre-final inspections were eventually performed by the Government on October 22, 1996, and the first building – Building 2759 – was not accepted until December 24, 1997.

The inspections and other events leading to the acceptance of building 2759 and its associated garage are best summarized chronologically:

- On September 10, 1996 Roxco informed the Government that they had scheduled turnover inspections starting the week of October 14, 1996 for the first two groups of duplexes and associated garages. **(Exhibit 23)**
- On October 22, 1996 the Government performed the first acceptance inspection on building 2759. **(Exhibit 24)** Only the interior of the building was inspected. A total of 80 discrepancies were noted.
- In February 1997 the Government re-inspected building 2759. The exterior and one half of the interior (the "A" unit) were inspected. On February 26, 1997 the Government presented the results of the inspection to Roxco on a new "inspection checklist" form. The form includes 407 interior and exterior items to be checked in all the buildings. **(Exhibit 25)** The list had not been shared with Roxco prior to the re-inspection of 2759. The list of interior discrepancies in building 2759 grew from 80 in both units to 122 in the "A" unit alone.
- On April 18, 1996, the Government presented Roxco with a list of 43 specific roofing items that they would be checking during their acceptance inspections. **(Exhibit 26)** The first roofing inspection on building 2759 had been performed two months earlier, in February 1997, and the Government was only now providing Roxco with an indication of what they considered acceptable.
- On April 23, 1997, the Government performed another acceptance inspection on building 2759. **(Exhibit 27)** It was the first re-inspection of the "B" unit since the initial October 22, 1996 inspection. Neither the exterior nor the "A" side of the building was re-inspected.
- On July 31, 1997 Roxco requested that building 2759 be inspected again for acceptance. The next day, the Government informed Roxco that buildings would not be accepted until the Government received all warranties specified in the contract documents. **(Exhibit 28)** At this point, Roxco had been working on the punchlist for building 2759

for 10 months, and this was the first indication from the Government that the building would not have been accepted even if the punchlist had been completed.

- From August 4, 1997 to August 7, 1997 the Government performed another inspection of building 2759. **(Exhibit 29)** The inspection appeared to include the interiors of both units, as well as the building exterior. The results of the inspection were presented to Roxco on yet another new form, and the discrepancies noted were not the same as those from the previous October 1996, February 1997 and April 1997 inspections. The Government had presented Roxco with an entirely new punchlist for building 2759.

- On August 8, 1997, Roxco requested clarification of several of the items on the new punchlist. **(Exhibit 30)** Two weeks later, the Government responded by refusing to provide clarification of all but one item. **(Exhibit 31)** The Government's position was that Roxco should already have been familiar with the items on the new list.

- On October 22, 1997 a two–way memo from the technical representative reiterated the Government's position that no buildings would be accepted without a warranty on the EIFS. **(Exhibit 32)** The memo also refers to a termite treatment warranty, which to this point had not been specifically mentioned by the Government.

- On November 30, 1997, Roxco received a warranty for the EIFS on building 2759. **(Exhibit 33)**

- On December 5, 1997 Roxco requested a final acceptance inspection on five duplexes and three associated garages, including building 2759 and garage 2763. **(Exhibit 34)**

- There is no record in the project documents of another inspection on buildings 2759 or 2763, but they were apparently accepted on December 24, 1997. **(Exhibit 35)**

The inspection process and the Government's reporting methods must have been confusing to Roxco. On October 22, 1996 the Government provided a punchlist for the interior of building 2759 that was not extensive. Roxco worked on this list of discrepancies for four months, only to have the Government present them with a new and more extensive list of discrepancies on February 26, 1997. The Government was apparently unprepared for Roxco's initial request for an acceptance inspection in October of 1996. It was not until the time of the February 1997 inspection that they knew what they should be looking at during their inspections, and their October 1996 list of discrepancies had only misled Roxco.

6-9

| DA | Bldg(s) Accepted | Unit Addresses | TO/BO | D[illegible] | Bldg(s) Accepted | Unit Addresses | TO/BO |
|---|---|---|---|---|---|---|---|
| 24-D[illegible]-97 | 2759 | 401 and 403 Shreveport | TO | 1[illegible]-99 | 2624 | 234 and 232 Bossier | BO |
| 26-Feb-98 | 2787 | 405 and 407 Shreveport | TO | 12-Feb-99 | 2622 | 230 and 228 Bossier | BO |
| 10-Mar-98 | 2801 | 413 and 415 Shreveport | TO | 16-Feb-99 | 2818 | 226 and 224 Bossier | BO |
| 11-Mar-98 | 2789 | 409 and 411 Shreveport | TO | 18-Feb-99 | 2616 | 222 and 220 Bossier | BO |
| 11-Mar-98 | 2805 | 417 and 419 Shreveport | TO | 22-Feb-99 | 2612 | 218 and 216 Bossier | BO |
| 13-Mar-98 | 2807 | 421 and 423 Shreveport | TO | 25-Feb-99 | 2610 | 214 and 212 Bossier | BO |
| 31-Mar-98 | 2811 | 425 and 427 Shreveport | TO | 26-Feb-99 | 2606 | 210 and 208 Bossier | BO |
| 05-Aug-98 | 2806 | 429 and 431 Shreveport | BO | 02-Mar-99 | 2604 | 206 and 204 Bossier | BO |
| 05-Aug-98 | 2802 | 305 and 307 Daedalus | BO | 04-Mar-99 | 2600 | 202 and 200 Bossier | BO |
| 05-Aug-98 | 2800 | 428 and 424 Bossier | BO | 19-Mar-99 | 3619 | 202 and 200 Earhart | BO |
| 05-Aug-98 | 2750 | 422 and 420 Bossier | BO | 22-Mar-99 | 3623 | 204 and 206 Earhart | BO |
| 05-Aug-98 | 2746 | 418 and 416 Bossier | BO | 26-Mar-99 | 3627 | 208 and 210 Earhart | BO |
| 05-Aug-98 | 2744 | 414 and 412 Bossier | BO | 07-Apr-99 | 3629 | 212 and 214 Earhart | BO |
| 27-Aug-98 | 2740 | 410 and 408 Bossier | BO | 09-Apr-99 | 3633 | 216 and 218 Earhart | BO |
| 14-Sep-98 | 2738 | 406 and 404 Bossier | BO | 15-Apr-99 | 3639 | 220 and 222 Earhart | BO |
| 15-Sep-98 | 2734 | 402 and 400 Bossier | BO | 23-Apr-99 | 3585 | 108 and 110 Earhart | BO |
| 08-Oct-98 | 2732 | 330 and 328 Bossier | BO | 23-Apr-99 | 3587 | 112 and 114 Earhart | BO |
| 08-Oct-98 | 2728 | 326 and 324 Bossier | BO | 29-Apr-99 | 3589 | 116 and 118 Earhart | BO |
| 08-Oct-98 | 2724 | 322 and 320 Bossier | BO | 04-May-99 | 3476 | 117 and 119 Billy Mitchell | BO |
| 08-Oct-98 | 2720 | 318 and 316 Bossier | BO | 12-May-99 | 3248 | 400 and 402 Fairchild | BO |
| 15-Oct-98 | 2712 | 314 and 312 Bossier | BO | 14-May-99 | 3232 | 404 and 406 Fairchild | BO |
| 15-Oct-98 | 2710 | 310 and 308 Bossier | BO | 18-May-99 | 3230 | 408 and 410 Fairchild | BO |
| 18-Oct-98 | 2705 | 306 and 304 Bossier | BO | 21-May-99 | 3618 | 221 and 223 Rickenbacker | BO |
| 22-Oct-98 | 2704 | 302 and 300 Bossier | BO | 28-May-99 | 3614 | 217 and 219 Rickenbacker | BO |
| 22-Oct-98 | 2220 | 504 and 506 Vandenburg | BO | 04-Jun-99 | 3472 | 113 and 115 Billy Mitchell | BO |
| 26-Oct-98 | 2222 | 500 and 502 Vandenburg | BO | 21-Jun-99 | 3468 | 109 and 111 Billy Mitchell | BO |
| 03-Nov-98 | 2508 | 116 and 118 Shreveport | BO | 22-Jun-99 | 3610 | 213 and 215 Rickenbacker | BO |
| 03-Nov-98 | 2506 | 112 and 114 Shreveport | BO | 25-Jun-99 | 3608 | 209 and 211 Rickenbacker | BO |
| 06-Nov-98 | 2504 | 108 and 110 Shreveport | BO | 28-Jun-99 | 3464 | 105 and 107 Billy Mitchell | BO |
| 06-Nov-98 | 2500 | 104 and 106 Shreveport | BO | 30-Jun-99 | 3460 | 101 and 103 Billy Mitchell | BO |
| 23-Nov-98 | 3620 | 201 and 203 Earhart | BO | 16-Jul-99 | 3461 | 100 and 102 Billy Mitchell | BO |
| 23-Nov-98 | 3624 | 205 and 207 Earhart | BO | 16-Jul-99 | 3471 | 104 and 106 Billy Mitchell | BO |
| 23-Nov-98 | 3626 | 209 and 211 Earhart | BO | 16-Jul-99 | 3475 | 108 and 110 Billy Mitchell | BO |
| 24-Nov-98 | 3630 | 213 and 215 Earhart | BO | 23-Jul-99 | 3479 | 112 and 114 Billy Mitchell | BO |
| 25-Nov-98 | 3632 | 217 and 219 Earhart | BO | 23-Jul-99 | 3485 | 116 and 118 Billy Mitchell | BO |
| 01-Dec-98 | 3638 | 221 and 223 Earhart | BO | 23-Jul-99 | 3604 | 205 and 207 Rickenbacker | BO |
| 18-Dec-98 | 3732 | 301 and 303 Earhart | BO | 30-Jul-99 | 3491 | 120 and 122 Billy Mitchell | BO |
| 18-Dec-98 | 3736 | 305 and 307 Earhart | BO | 06-Aug-99 | 3489 | 400 and 402 Langley | BO |
| 23-Dec-98 | 3735 | 309 and 311 Earhart | BO | 06-Aug-99 | 3600 | 201 and 203 Rickenbacker | BO |
| 23-Dec-98 | 3754 | 313 and 315 Earhart | BO | 13-Aug-99 | 3131 | 409 and 411 Langley Dr | BO |
| 06-Jan-99 | 3758 | 317 and 319 Earhart | BO | 17-Aug-99 | 3133 | 405 and 407 Langley Dr | BO |
| 06-Jan-99 | 3760 | 321 and 323 Earhart | BO | 19-Aug-99 | 3215 | 401 and 403 Langley Dr | BO |
| 10-Feb-99 | 2626 | 503 and 501 Vandenburg | BO | 20-Aug-99 | 2753 | 303 and 305 Shreveport | BO |

TO/BO = Turnover/Beneficial Occupancy

00052595

ROXCOREPORT0905

SERIAL NO. 1997-589MO
DATE: NOVEMBER 30, 1997

Senergy®

# MANUFACTURER'S MATERIAL WARRANTY

ISSUED TO: BARKSDALE AIR FORCE BASE
2ND CONTRACTING DIVISION 841 FAIRCHILD AVENUE
BOSSIER CITY, LA

PROJECT NAME: WHERRY HOUSING PROJECT
PROJECT LOCATION: BUILDING #2759 BAFB, BOSSIER CITY, LA.
INSTALLED BY: EXTERIOR / INTERIOR SPECIALTIES, INC.

Senergy Inc., hereinafter referred to as "SI" hereby warrants that its System, a four component exterior wall insulation and finish system including SI Insulation Board, SI Reinforcing Fabric, SI Base Coat and SI Finish Coat, when applied in strict accordance with written specifications, incorporated herein and made a part hereof and when applied to approved surfaces, will not within a period of five (5) years after application under normal weather conditions, lose its bond, peel, flake or chip, and further, that it will be fade resistant and will be water resistant so long as surface integrity is retained. This warranty applies only to SI products and is void if the SI products are intermixed with other materials. Furthermore Senergy Inc. makes no warranties whatsoever with respect to the workmanship involved in the application of any SI products warranted hereunder.

This warranty applies only to application on approved substrates and does not include failures caused by improper design, defective substrate, acts of God, falling objects, explosions, structural movement, fire, floods, chemical fumes or foreign substances in the atmosphere or insufficient or defective waterproofing between the SI products and non-Senergy products. No other warranties are made except those expressly described herein.

The exclusive and sole remedy under this warranty shall be that Senergy Inc. by way of damages will supply replacement materials without expense to the buyer.

Any claims under this warranty shall be made in writing addressed to Senergy Inc., a division of HSC Inc., 10245 Centurion Parkway North, Jacksonville, Fl. 32256, within thirty (30) days from the date of the alleged failure. A representative of Senergy Inc. shall be given reasonable opportunity to inspect the alleged failure.

THIS WARRANTY IS EXCLUSIVE AND IS IN LIEU OF ANY IMPLIED WARRANTY OR MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHER WARRANTY OR QUALITY, WHETHER EXPRESS OR IMPLIED. SENERGY INC. SHALL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR ANY INDIRECT OR CONSEQUENTIAL DAMAGES TO ANY PARTY WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS OR DAMAGE TO THE BUILDING OR ITS CONTENTS. Senergy Inc. shall have no further obligation or liability of any kind, and it is further agreed and understood that the price stated for the Senergy Inc. materials is consideration for the limitation of Senergy Inc.'s liability hereunder. The sales personnel of Senergy Inc. are not authorized to make warranties about the merchandise described in this contract. Senergy Inc.'s employees' ORAL STATEMENTS DO NOT CONSTITUTE WARRANTIES, SHALL NOT BE RELIED UPON BY THE BUILDING OWNER OR ANY THIRD PARTY, AND ARE NOT PART OF THE CONTRACT FOR SALE. THE ENTIRE CONTRACT IS EMBODIED IN THIS WRITING AND NO OTHER WARRANTIES ARE GIVEN BEYOND THOSE SET FORTH IN THIS WRITTEN CONTRACT. This writing constitutes the final expression of the parties' agreement, and it is a complete and exclusive statement of the terms of that agreement. This warranty is null and void unless Senergy Inc. has received payment in full for such products subject to this warranty.

SENERGY

BY: Randall L. Doran
Director, Technical Services

SQUARE FEET: 3214

Senergy Inc., a division of HSC Inc., 10245 Centurion Parkway N., Jacksonville, Florida 32256, Phone 904-996-6000, Fax 904-996-6041

## BUILDING TURNOVER INFORMATION

**Housing Contract Number:** F16602-95-C-0013 **Date:** 12/24/97

**Building number:** 2759 (2 Family) **House** 1 of 86 **Garage** of 49

**Unit type:** ☒ **House** ☐ **Garage**

**Category Code**
711142
714431

**Classification:** (House Only)

| | Category | # of Bedrooms | # of Floors |
|---|---|---|---|
| ☒ | C-Company Grade Officer | 3 bedroom | 2 |
| ☐ | U-Upper Grade NCO | 4 bedroom | 2 |
| ☐ | U-Upper Grade NCO | 3 bedroom | 2 |
| ☐ | L-Lower Grade NCO | 4 bedroom | 2 |
| ☐ | L-Lower Grade NCO | 3 bedroom | 2 |

**Classification:** (Garage Only)
☐ 2 car garage
☐ 4 car garage

**House Address:**
**Unit A:** 401 Shreveport Rd
**Unit B:** 403 Shreveport Rd

**Square Footage:**
**Unit A:** 1350 sf
**Unit B:** 1350 sf
**Total** 2700 sf

**Cost (per unit):**
Total: $85,493.00 $85,493.00

| **Less** | $ |
|---|---|
| Appliances | $2,227.00 |
| Landscaping | $3,500.00 |
| Air Conditioner (less than 5 tons) | $5,000.00 |
| **Real Property Cost:** | $74,766.00 |

**Air Conditioning**
Actual tonnage (each): 3
Category code:

**Construction:**
**Foundation:** Concrete
**Floors:** VCT/Sheet Vinyl/Ceramic
**Interior Walls:** Gypsum Board - Painted/Ceramic
**Exterior Walls:** EFIS System
**Roof:** Asphalt Shingles

Documents for Building 2759

S nergy Serial No. 1997-589MO

4 [illegible] Shreveport Rd

S aled packet for Refrigerator

S aled packet for Range

S aled packet for Dishwasher

1 96 Limited Roof Shingle Warranty Certificate (not completed)

T oroWall Info Packet

O erhead Door Co Limited Warranty

Rainware, Inc. Limited Warranty Certificate Number 0205 (not completed)

Republic Industries Certificate Number 94078E

S mple Limited Warranty for Wood Doors

Challenge Steel Door Warranty

Levolor Certifications

Handwritten List (copy held)

ResCo Limited Warranty and Registration Card

Sealed packet for Thermostat

A/C Limited Warranty and Registration Card

Furnace Limited Warranty and Registration Card

Carrier Literature Assembly Booklet No. 323161-701 Model 58PAV

Carrier Literature Assembly Booklet No. 322433-701 Rev. A

403 Shreveport Rd

Sealed packet for Refrigerator

Sealed packet for Range

Sealed packet for Dishwasher

1996 Limited Roof Shingle Warranty Certificate (not completed)

ThoroWall Info Packet

Overhead Door Co Limited Warranty

Rainware, Inc. Limited Warranty Certificate Number 0205 (not completed)

Republic Industries Certificate Number 94078E

Sample Limited Warranty for Wood Doors

Challenge Steel Door Warranty

Levolor Certifications

Handwritten List (see 401)

ResCo Limited Warranty and Registration Card

Sealed packet for Thermostat

A/C Limited Warranty and Registration Card

Furnace Limited Warranty and Registration Card

Carrier Literature Assembly Booklet No. 323161-701 Model 58PAV

Carrier Literature Assembly Booklet No. 322433-701 Rev. A