**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROXCO, LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-176 C** |
| **v.** | ) | |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND SETTING OF BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1), Plaintiff, Roxco, Ltd. respectfully requests a 14 business day enlargement of time, to and including December 15, 2006, within which to file its response to the Motion in Limine of the Defendant dated November 9, 2006. Plaintiff's response is currently due on November 27, 2006. This short time extension will allow the Plaintiff adequate time to respond properly to the Defendant's motion given the Thanksgiving Holiday and other scheduling issues. The Defendant, through counsel, John S. Groat, has stated that the Defendant will not oppose this Motion provided the Plaintiff also requests that the Court set January 10, 2007, as the due date for any Reply Brief by the Defendant. No party will be prejudiced by this extension or this briefing schedule.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time for 14 business days, to and including December 15, 2006, within which Plaintiff may file a response to the Defendant's Motion in Limine. Further, Plaintiff requests that the Court set January 10, 2007, as the due date for any Reply Brief by the Defendant.

DATED: November 16, 2006.

Respectfully submitted,

ROXCO, LTD., Plaintiff

BY: ___/s/ E. Stephen Williams___
Its Attorney

E. Stephen Williams
Mississippi State Bar #7233
YoungWilliams PA
2000 Deposit Guaranty Plaza
Post Office Box 23059
Jackson, MS 39225-3059
(601)948-6100

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2006, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: November 16, 2006.

____/s/ E. Stephen Williams_____