# In the United States Court of Federal Claims

No. 02-176C
(Filed: November 20, 2006)

```
***********************************
ROXCO, LTD.,                      *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

Defendant filed a motion in limine on November 9, 2006. On November 16, 2006, plaintiff filed an unopposed motion for enlargement of time to respond to defendant's motion. Plaintiff represents that the additional time is required due to the upcoming holiday and previously scheduled matters.

**Accordingly, the court GRANTS plaintiff's unopposed motion for enlargement. Plaintiff shall file its response to defendant's motion in limine no later than December 15, 2006. Defendant shall file its reply no later than January 10, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge