GENERAL CONTRACTOR GUNITE CONTRACTOR

ROXCO, LTD.

PHONE (601) 825-4193
FAX (601) 825-8997

P.O. BOX 64 • BRANDON, MISSISSIPPI 39043

December 5, 2006

Ms. Kathleen A. Lee
Contracting Officer
2D Contracting Squadron
841 Fairchild Avenue
Barksdale, AFB, LA 71110-2271

re: Supplemental Verified Claim
Contract No. F16602-C-0013
Replace Military Housing
Barksdale Air Force Base

Dear Ms. Lee,

Pursuant to 41 U.S.C. §605, Roxco, Ltd. (Roxco) hereby submits this letter to serve as its Supplemental Verified Claim for the Contract Balance owed Roxco on the referenced contract. The existence of a contract balance was first revealed to Roxco in your "Memorandum For Roxco, Ltd." dated May 15, 2003, a copy of which is attached as Exhibit "A". That memorandum was prepared in conjunction with your final decision in connection with the alleged liquidated damages.

In that memorandum you asserted that the contract balance was $772,808.63. The correct amount of the outstanding contract balance is $760,997.00, as determined by Roxco's consultant. This Supplemental Verified Claim is for the latter amount. A reconciliation explaining the computation of the correct amount of the contract balance is attached as Exhibit "B". Because you have previously concluded that a contract balance exists, Roxco requests expedited consideration and resolution of this Supplemental Verified Claim.

I certify that this claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the Contract Balance for which the Government is liable; and that I am duly authorized to certify this claim on behalf of Roxco.

Roxco has previously, and properly, asserted its claim to the contract balance in that proceeding in the United States Court of Federal Claims styled "Roxco, Ltd. vs. The United States of America", and bearing cause number 02-176 C. Roxco does not waive its claim for the contract balance made in that proceeding. Roxco reserves its right to prosecute its claim for the contract balance in that proceeding. This Supplemental Verified Claim is submitted out of an abundance of caution, and in response to assertions made by the Government in that proceeding.

Sincerely,

Ronald Robbins,
Vice President

EXHIBIT
tabbies
"1"

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 2D MISSION SUPPORT GROUP (ACC)
BARKSDALE AIR FORCE BASE, LOUISIANA 71110

Certified Mail: 7099 3400 0015 4188 8775

MEMORANDUM FOR Roxco, Ltd.
P.O. Box 64
Brandon, MS 39043

15 May 2003

FROM: 2d Contracting Squadron
841 Fairchild Ave, Suite 205
Barksdale AFB, LA 71110-2271

SUBJECT: contract F16602-95-C-0013, Liquidated Damages – Demand Letter

1. You are hereby put on notice of the Government's demand for payment of liquidated damages in the amount of $909,791.00, calculated at the daily rate of $131.00 plus $15.00 x the number of housing units not complete beginning with 26 Feb 1998 until 20 Aug 1999. Inasmuch as the remaining balance on the contract of $772,808.63 is insufficient, that amount will be retained and applied against the liquidated damages.

2. Payment may be made by certified check payable to Barksdale Air Force Base and mailed to:

Accounting Liaison Office
Suite 307
345 Davis Ave W.
Barksdale AFB, LA 71110

In accordance with contract clause I-403, FAR 52.232-17, Interest (Jun 1991), interest will accrue on any amount not paid within 30 days from the date of the demand, and that interest rate shall be the rate established by the Secretary of the Treasury, for the period affected, under Public Law 92.41.

3. You may submit a proposal for deferment of collection if immediate payment is not practicable or if the amount is disputed. Any deferment request should be sent to Mr. Steve Roebuck, Chief, Air Force Contract Financing Office, Financial Management, SAF/FMPB, 1130 Air Force Pentagon, Washington, DC 20330-1130. His phone number is (703) 697-4638.

Kathleen A. Lee
KATHLEEN A. LEE
Contracting Officer

Cc:
E. Stephen Williams
YOUNG, WILLIAMS, HENDERSON
& FUSELIER, P.A.
2000 Deposit Guaranty Plaza
P.O. Box 23059
Jackson, MS 39225-3059

American Home Assurance
175 Water St. 6th Floor
New York, NY 10038

*Global Power For America*

EXHIBIT
"A"

# TAB A
# CONTRACT RECONCILIATION

| | | |
|---|---|---|
| A. | Original Contract Amount: | $18,898,565 |
| B. | Contract Modifications: (P00001 through P00023) | $258,578 |
| | Less Unilateral Contract Modification P00011: | $54,974 |
| | Less Unilateral Contract Modification P00022: | ($66,786) |
| | **Revised Contract Amount: (See Note 1)** | **$19,145,331** |
| C. | Davis Bacon Wage Rate Issue: | $203,949 |
| | **Revised Contract Amount:** | **$18,941,382** |
| C. | Total Payments to Roxco: | $18,191,394 |
| | Interest Paid by Government on Late Payments: | ($11,009) |
| | **Cash Payments Applied to Contract:** | **$18,180,385** |
| | **TOTAL OUTSTANDING BALANCE: (See Note 2)** | **$760,997** |
| | **TOTAL FORWARDED TO SUMMARY:** | **$760,997** |

Note 1: The Government issued P00011 as a unilateral modification. It included a $66,786 credit for alleged use of unspecified engineered fill. The Government added that same amount back in P00022. Roxco never accepted P00011 or P00022. Pearson has reconciled the amounts that it believes should be included in P00011 with the amounts that the Government actually included in P00011 at Tab K.

Note 2: The Contracting Officer wrote Roxco on May 15, 1993 stating that the remaining contract balance was $772,808.63. No reconciliation was provided and Pearson does not know how the Government calculated that figure.

EXHIBIT
tabbles®
"B"