Soon after the July 2, 1998 meeting, the Government resumed the acceptance of buildings, starting with six duplexes and associated garages on August 5, 1998. These were the first buildings accepted since March 11, 1998. The Government's documents provide evidence that the acceptance of buildings had been needlessly delayed for up to five months because of the Government's mistaken belief that the floors were unacceptable.

*Government Would Not Allow Occupancy Without Written Warranties*

As previously stated, the Government's acceptance inspections of the buildings began on October 22, 1996. The Government allowed Roxco and their subcontractors to work to correct deficiencies in the first group of six buildings for several months before the Government on August 1, 1997 informed Roxco that they would not accept any buildings without first being provided with the written warranties required by the contract documents. **(Exhibit 14)** There was no contractual requirement for Roxco to provide warranties in advance of occupancy, and the Government's requirement to do so caused several problems and needless delays to the acceptance of certainly the first group of buildings, and possibly later groups as well.

The specification sections that required product or system warranties did not address the timing of the warranty submittals. The Government had no contractual basis for requiring Roxco to provide specific product warranties prior to occupancy.

The Government went a step further in a letter sent to Roxco on August 15, 1997. **(Exhibit 15)** Not only was the Government going to require written warranties in advance of occupancy, they were also going to require inspections by the manufacturers of the warranted systems and written assurances that the installations had been inspected and were acceptable. These additional requirements were not part of the contract documents and were not part of Roxco's contract. By requiring manufacturer inspections and written assurances, the Government was placing conditions on beneficial occupancy that were not a part of Roxco's contract.

EXHIBIT
"A"