IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-176C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO SUBSTITUTE A PAGE OF ITS EXPERT REPORT

Defendant, the United States, respectfully responds to Roxco, Ltd.'s ("Roxco") December 15, 2006 motion for leave to substitute a page of its expert report.

The Government has no objection to the Court's granting Roxco's motion.[1]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

[1] Roxco's counsel has represented that there are no additional expert work papers relating to this change.

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-8260
Fax (202) 514-7965
jack.groat@usdoj.gov

Of Counsel:
Bryan O'Boyle
Senior Trial Attorney
Air Force Legal Operations Agency

January 3, 2007