# In the United States Court of Federal Claims

No. 02-176C
(Filed: January 3, 2007)

***********************************
ROXCO, LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On December 15, 2006, plaintiff filed a motion for leave to substitute one page of its expert's, Pearson Management Group, Inc. ("Pearson Report"), April 14, 2006 report. Plaintiff now seeks leave to substitute page 78 of the Pearson Report, bates stamped as "ROXCOREPORT 0726." Plaintiff represents that the substituted page omits language that may be construed as its expert rendering legal interpretations, but does not alter the substance or conclusions of the Pearson Report. On January 3, 2007, defendant filed a response stating that it has no objection to plaintiff's motion.

**Accordingly, the court GRANTS plaintiff's unopposed motion for leave to substitute one page of its expert's report.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge