# In the United States Court of Federal Claims

No. 02-176C
(Filed: February 6, 2007)

| | |
|---|---|
| ROXCO, LTD., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant filed a motion in limine on November 9, 2006, with plaintiff's response filed December 15, 2006, and defendant's reply filed January 10, 2007. **Plaintiff shall file a response to defendant's reply by no later than Tuesday, February 13, 2007.** Plaintiff's response shall address issues raised for the first time in defendant's reply, including the hearsay objection and the argument that plaintiff's expert's report is based upon a methodology that does not permit the attribution of specific delay to specific alleged errors and omissions.

**By no later than Monday, February 12, 2007**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule oral argument (1) on defendant's motion in limine and (2) on defendant's partial motion to dismiss.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge