# In the United States Court of Federal Claims

No. 02-176C
(Filed: February 9, 2007)

| | |
|---|---|
| ROXCO, LTD., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court will hear argument on defendant's Partial Motion to Dismiss and Motion in Limine on **Friday, March 2, 2007, at 10:00 a.m. (EST)**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties have represented that they will appear in person.

Additionally, plaintiff's counsel orally requested that the deadline for plaintiff's response to defendant's reply on the Motion in Limine be enlarged. Counsel represented that plaintiff's motion was unopposed. The court grants plaintiff's request for enlargement. **Accordingly, plaintiff shall file a response on the Motion in Limine no later than Friday, February 16, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge