# SUMMARY OF CLAIM PRICING

| | | | |
|---|---|---|---|
| A. | Outstanding Contract Balance: | | $760,997 |
| B. | Unilateral Contract Modification P00011 | | $55,770 |
| | **SUBTOTAL:** | | **$816,767** |

**CLAIM ITEMS:**

| | | | |
|---|---|---|---|
| C. | Time Related General Conditions: | | |
| | C.1 Extended Time-Related Field General Conditions: | $1,035,847 | |
| | C.2 Additional Time-Related Field General Conditions: | $336,854 | |
| D. | Engineered Fill | $339,656 | |
| E. | Building Foundations/Slabs | $492,508 | |
| F. | Wood Framing | $1,562,682 | |
| G. | Roofing | $269,278 | |
| H. | Exterior Finishes | $0 | |
| I. | Interior Finishes | $336,317 | |
| J. | Sitework | $55,727 | |
| K. | Building Turnover | $323,479 | |
| | **SUBTOTAL:** | **$4,752,348** | |
| | Home Office Overhead @ 3.6%: (See Note 1) | $171,085 | |
| | **SUBTOTAL** | **$4,923,433** | |
| | 10% Markup: | $492,343 | |
| | **TOTAL CLAIM:** | | **$5,415,776** |
| | **TOTAL DUE ROXCO:** | | **$6,232,543** |
| | Interest: | | **TBD** |

*Note 1:* *3.6% is the amount that the Government's auditor determined is appropriate.*

EXHIBIT 1