# Judgment Fund Transmittal

**Date: February 7, 2006**
Financial Management Service
Judgment Fund Branch
3700 East-West Highway, Room 6E15
Hyattsville, Maryland 20782
Telephone: (202) 874-6664

**Claimant/Plaintiff Name :** Roxco, Ltd.

Address: c/o E. Stephen Williams, Esq., YoungWilliams, P.A., 2000 Deposit Guaranty Plaza, Post Office Box 23059, Jackson, MS 39225-3059

**Claimant/Plaintiff Counsel's Name:** E. Stephen Williams, Esq., YoungWilliams, P.A.

Telephone Number: 601 - 360 - 9007

**Name of Agency Subject to Claim :** Department of the Air Force ("Air Force")

E-mail Address (required for electronic payment confirmation): lawrence.anderson@pentagon.af.mil

Telephone Number: 703 - 696 - 9081

**Brief Description of Facts Giving Rise to Claim:** Roxco alleges that the Air Force did not pay it for certain modification work it completed on a construction contract.

**Check one if applicable:**
☒ Contract Disputes Act ☐ No FEAR Act ☐ Firefighters Fund

Dear Sir or Madam:

I am an authorized representative of the United States in the above-captioned matter. As described in the enclosed documentation, I certify that all pertinent criteria required by law for the approval of this claim has been satisfied. If this is an administrative claim, the settlement was made with the United States in this matter and any portions of the agreement required to be paid from agency funds will be or have been paid from those funds. If this is a litigative claim, the award made in the enclosed judgment or settlement is payable by the United States and any portions of the award required to be paid from other parties or sources will be or have been paid from those parties or sources. The United States will not seek further judicial review of this award and I have obtained all approvals necessary for its referral for payment.

I believe that this award qualifies for payment pursuant to 31 U.S.C. § 1304. Accordingly, I request that you certify this award for payment from the Judgment Fund established by that law. Enclosed are completed copies of **FMS Form 196**: *Judgment Fund Award Data Sheet*; **FMS Form 197**: *Judgment Fund Voucher for Payment*; the judgment or settlement agreement; and any other enclosures required by FMS. Unless payment by electronic funds transfer is indicated, please have the check sent to the check address provided on **FMS Form 197**.

Submitting Agency Authorized Signature

David M. Cohen, Director, Commercial Litigation Branch
Name and Title (*print or type*)

Jeffrey.Pease@usdoj.gov
Submitting Agency E-mail Address (*required for electronic payment confirmation*)

DJ No. 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
Agency File Number

1100 L Street, N.W.
Street Address

Washington, D.C. 20530
City, State and Zip Code

**General Instructions:** Use this form, FMS 194, to transmit a request to certify an administrative or litigative award against the United States for payment from the Judgment Fund, under 31 U.S.C. § 1304.
**Enclosures:** FMS Form 196 and FMS Form 197. *Incompl[illegible]d to the submitter without action.*



EXHIBIT
tabbies
2

# Judgment Fund Award Data Sheet

| ITEMIZATION OF AMOUNT PAYABLE FROM THE JUDGMENT FUND | AMOUNT TO BE PAID | CITATION TO LEGAL AUTHORITY |
|---|---|---|
| 1. Principal | $ 210,000.00 | CDA, 41 U.S.C. § 601 et seq. |
| 2. Attorney Fees | NONE | |
| 3. Costs | NONE | |
| 4. Interest | (To Be Calculated) | 41 U.S.C. § 611 |
| Starting and Ending Dates for Interest Accrual | Start Date March 4, 2004 | End Date |
| 5. Total Amount Payable from the Judgment Fund | $ 210,000.00 plus CDA interest from March 4, 2004 | |
| **COMPLETE ONLY IF DEDUCTIONS ARE TO BE MADE FROM THE AMOUNT PAYABLE FROM THE JUDGMENT FUND *** | | |
| 6. Agency Name and Agency Location Code (ALC) to Receive Offset | Amount to be Deducted | Reason(s) for Deduction(s) and Entity to Receive Deduction(s) |
| Department of the Air Force, ALC 20180002 | a. $ 909,791.00 | debt setoff pursuant to 31 U.S.C. § 3728. (see enclosed letter and attachment) |
| | b. | |
| | c. | |
| 7. Total Amount to be Deducted | $ 909,791.00 | |
| 8. Net Amount Payable to Claimant | NONE | |

If amount for fees, costs, or interest was included in the principal amount (stated on line 1) as part of a "lump sum award," enter "INCLUDED ABOVE" on lines 2 through 4. Enter "NONE" for any of those items (principal, fees, costs, or interest) for which no amount was awarded/included.

1. Enter the principal amount payable (excluding attorney fees, costs, and interest) and cite the legal authority for that award (for instance, "FTCA, 28 U.S.C. 2672"or "5th Amendment Taking").
2. Enter attorney fees payable (if any) and cite legal authority for that award [for instance, "Freedom of Information Act, 5 U.S.C. 552(a)(4)(E)"].
3. Enter the costs payable (if any) and cite legal authority for that award [for instance, " 28 U.S.C. 2412(a)"].
4. If the interest was calculated by the submitting agency, enter the total amount and cite the legal authority for that award [for instance, "Back Pay Act, 5 U.S.C. 5596(b)(2)"]. If the Judgment Fund is to calculate the interest, list only the dates that interest accrual starts.
5. Total amounts shown in lines 1 through 4 and enter.
6. Enter any deductions specified in the judgment or settlement agreement, or debts to be setoff under 31 U.S.C. 3728. Indicate the reason for the deduction (for instance, "FTCA withholding" or "debt setoff pursuant to 31 U.S.C. 3728") and the payee agency's name and ALC. If this deduction is a "debt setoff" pursuant to 31 U.S.C. 3728, you must attach a copy of the judgment or the plaintiff's agreement to the debt setoff. Otherwise, FMS must seek the claimant's consent to the setoff and may only withhold from payment an amount sufficient to pay the debt plus the costs of litigation. Litigation will be required to effect the setoff if there is no judgment of debt or if the claimant declines consent to the setoff. If there are more than three deductions, attach additional copies of this form. If there are no deductions, enter "NONE."
   *** Administrative debts that have been certified to the Secretary of the Treasury through the Treasury Offset Program will be setoff automatically.**
7. Total amounts shown in all columns of line 6 (a, b and c) and enter.
8. Subtract the amount in line 7 from that in line 5. If greater than zero, enter the difference. If the difference is zero or less, enter "NONE."

DEPARTMENT OF THE AIR FORCE
WASHINGTON, DC

Office of the Assistant Secretary

17 Jan 06

MEMORANDUM FOR: Department of Justice
Commercial Litigation Branch
Mr. Jeffrey Pease, Trial Attorney
1100 L Street, NW
Washington, DC 20530

FROM: Air Force Contract Financing Office
SAF/FMPS
1130 Air Force Pentagon
Washington, DC 20330-1130

SUBJECT: Roxco Debt Set Off Action Request

Roxco, Ltd. will soon receive a settlement judgment in its favor in the amount $210,000.00 plus interest in U.S. Court of Federal Claims (COFC) 04-1680C that arises from construction contract no F09650-95-C-0378 at Robbins AFB, GA. Roxco, Ltd. is indebted to the United States under construction contract no F16602-95-C-0013 at Barksdale AFB, LA, that is presently pending litigation in COFC case no. 02-176C. Mr. Jack Groat is the Dept. of Justice attorney for COFC case no. 02-176C.

We are requesting the $210,000.00 amount due to Roxco, Ltd. under contract no. F09650-95-C-0378 in COFC case no. 04-1680C to be offset against our government claim that arises under contract no. F16602-95-C-0013 that is pending in COFC case no. 02-176C

If you have any questions regarding this issue, please feel free to call me at 703-697-7523 (DSN: 227-7523).

Victoria L. Hayden

VICTORIA L. HAYDEN, GS-14
Air Force Contract Financing Officer
(Financial Management)

Attachment:
DFAS Roxco Debt

Cc: Bryan.Oboyle@pentagon.af.mil

DFAS Roxco Debt

**Account**

POC: tbischoff
Date Suspense: 12/1/2005
Status Code: DOJC
FollowUp: 12/31/2005

**Financial**

Collect / Adjust | Refunds | Add Approp

Orig Debt Amount: $909,791.00
Principal: $909,791.00
Interest: $99,103.09
Penalty/Admin: $60.00
Account Balance: $1,008,944.09
In Termination: $0.00
LITE→DMO: $0.00
Admin fee Applied: Y
Verify $ Totals
Date payment posted to pay system: 1/1/1930

**KT#** F16602-95-C0013

Shp #: None
Inv #: None
Vchr #: None
Orig Inv: $0.00
Disbursed: $0.00

**Contractor**

Roxco, Ltd
P.O. Box 84
Brandon, MS
71110-2271 US
CageCode: None
TIN: None
DUNS: None

**Termination/Closeout**

Date Submitted for Closure: 1/1/1930
Termination Rsn:
Reason Closed:

**Status Date**

**ODO Status**

**Accounting Status**

Accrual: 2/26/1998
AGE of Debt: 2879
Dte 1st Letter: 5/15/2003
Accting Age: 975
Due Date: 6/14/2003
Delinquent Age: 944

Add | Rmks | Hist

**Statute of Limitations**

Update SOL
SOL 6: 2/26/2004
SOL 10: 2/26/2008

**Letters**

Merge 03
Standard

**OffSet**

Offset Date: 1/1/1930
Invoice Search

**Interest/Penalty**

Interest Notification: Y
Dte Notice: 5/15/2003
IntType: V
Yrly Rate(decimal): 0.000
Penalty applies: N
Calculat | Sample

**PoC Reference**

KTR POC:
KTR Phn:
Prev. Lite POC: None
Email

**Installment**

Dte Issued: 1/1/1930
Dte Signed: 1/1/1930
Pmt Expctd: 1/1/1930
Delinq Iss'd: 1/1/1930

**Reference**

0
Collection / Adjustments
Hist | Hist

**Dates to Remember**

Dte Incurred: 5/15/2003
FDN: 6/25/2003

**DMO Columbus**

Selected for X-fer: 1/1/1930
Dte Transferred: 1/1/1930

**Availability**

For Offset: N
Cemio: Y
For Treasury: N

**CNC**

Accounting Only: N

**Treasury Status**

Not At Treasury

**Misc**

Date Input in Sys: 8/18/2003
Date Received: 4/18/2003
Case Number: 08703
Source Sys: None
Rcvd From: C30
Case Origin: 067
Debt Reas: LQD
HoldUp List: N
Reconciliac Check: N
Apprvd Dte: 8/18/2003
LMB: tbischoff 12/1/2005
Location: DMO