ROXCO, LTD.

P.O. BOX 64 • BRANDON, MISSISSIPPI 39043

February 23, 2006

Judgment Fund Group
Department of the Treasury
Financial Management Service
Prince George's Metro Center 2
3700 East-West Highway
Mailstop 6D37
Hyattsville, MD 20782

Re: **Request for Payment of Judgment**

To Whom It May Concern:

Enclosed please find the original transcript of judgment obtained from the Clerk of the United States Court of Federal Claims which orders and adjudges that Roxco, Ltd. recover of and from the United States the sum of $210,000.00, plus Contract Disputes Act interest from and after March 4, 2004. By means of this letter, Roxco, Ltd. requests payment of this judgment. Please mail this check to Roxco's counsel, E. Stephen Williams, at the following address:

Roxco, Ltd.
c/o E. Stephen Williams
YoungWilliams P.A.
Attorneys at Law
P. O. Box 23059
Jackson, MS 39225-3059

Roxco has also received a copy of the Justice Department's February 7, 2006, Judgment Fund Transmittal, FMS Form 194, and its attachments. Although the Justice Department acknowledges that the above judgment qualifies for payment under 31 U.S.C. § 1304, it also asserts that the judgment is subject to setoff pursuant to 31 U.S.C. § 3728 on FMS Form 196.

Pursuant to 31 U.S.C. § 3728, please be advised that **Roxco denies the alleged debt** for which the Department of the Air Force claims set off in the amount of $909,791, and does **not** agree to any set off for this claim. For your further information, the Air Force claim is for alleged liquidated damages on a construction contract which is and has been

EXHIBIT
tabbies
3

the subject of a lawsuit filed by Roxco in the United States Court of Federal Claims, No. 02-176C, and which has been pending since March 7, 2002, and in which Roxco seeks damages from the Government in excess of $7.8 million. The Air Force claim was the subject of a counterclaim in that lawsuit which counterclaim was dismissed without prejudice on May 6, 2003. Following a final decision by the Contracting Officer on May 15, 2003, concerning the alleged liquidated damages, Roxco amended its complaint on October 17, 2003, to additionally seeking reversal of the liquidated damage assessment and a declaratory judgment that any delays on the project were beyond Roxco's control and not the fault of Roxco.

The Justice Department FMS Form 196 asserts the alleged liquidated damage claim asserted by the Air Force but totally fails to acknowledge the Contracting Officer's statement that the liquidated damages are subject to a contract balance of $772,808.63. A copy of the CO's memorandum dated 15 May 2003 reflecting this fact is attached for your review. Any such claim by the Air Force, if valid, should have been asserted against the performance bond for the project but was not. Failure by the Government to acknowledge these facts is further evidence of its biased and unfair treatment of Roxco on the matters which are the subject of "Roxco v. United States," No. 02-176C.

If additional information is needed from Roxco, please let me know.

Sincerely yours,

ROXCO, LTD.

Benjamin O. Turnage
Chief Executive Officer

# In the United States Court of Federal Claims

---

**ROXCO, LTD.,**

**No. 04-1680 C**

*vs.*

**THE UNITED STATES**

E. Stephen Williams, Esq.
Young, Williams, et al.
2000 Amsouth Plaza, P.O. Box 23059
Jackson, MS 39225-3059

At the Court of Federal Claims held in the City of Washington, D.C., on the 26th day of January, A.D. 2006, judgment was entered as follows: It is ordered and adjudged this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $210,000.00, plus CDA interest from March 4, 2004, with each party to bear its own costs, expenses, and attorney fees.

[For the purpose of 42 U.S.C. §612(c) the applicable agency is the Department of the Air Force; Contract No. F09650-95-C0378]

A true copy of record.

In testimony whereof I have hereunto set my hand
And affixed the seal of said Court at Washington, D.C.,
This 26th day of January, A.D. 2006.

Brian Bishop

Brian Bishop, Clerk of Court

*Attest:*

Lawrence J. Block

Lawrence J. Block, Acting Chief Judge

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 2D MISSION SUPPORT GROUP (ACC)
BARKSDALE AIR FORCE BASE, LOUISIANA 71110

Certified Mail: 7099 3400 0015 4188 8775

MEMORANDUM FOR Roxco, Ltd.
P.O. Box 64
Brandon, MS 39043

15 May 2003

FROM: 2d Contracting Squadron
841 Fairchild Ave, Suite 205
Barksdale AFB, LA 71110-2271

SUBJECT: contract F16602-95-C-0013, Liquidated Damages – Demand Letter

1. You are hereby put on notice of the Government's demand for payment of liquidated damages in the amount of $909,791.00, calculated at the daily rate of $131.00 plus $15.00 x the number of housing units not complete beginning with 26 Feb 1998 until 20 Aug 1999. Inasmuch as the remaining balance on the contract of $772,808.63 is insufficient, that amount will be retained and applied against the liquidated damages.

2. Payment may be made by certified check payable to Barksdale Air Force Base and mailed to:

Accounting Liaison Office
Suite 307
345 Davis Ave W.
Barksdale AFB, LA 71110

In accordance with contract clause I-403, FAR 52.232-17, Interest (Jun 1991), interest will accrue on any amount not paid within 30 days from the date of the demand, and that interest rate shall be the rate established by the Secretary of the Treasury, for the period affected, under Public Law 92.41.

3. You may submit a proposal for deferment of collection if immediate payment is not practicable or if the amount is disputed. Any deferment request should be sent to Mr. Steve Roebuck, Chief, Air Force Contract Financing Office, Financial Management, SAF/FMPB, 1130 Air Force Pentagon, Washington, DC 20330-1130. His phone number is (703) 697-4638.

Kathleen A. Lee
KATHLEEN A. LEE
Contracting Officer

Cc:
E. Stephen Williams
YOUNG, WILLIAMS, HENDERSON
& FUSELIER, P.A.
2000 Deposit Guaranty Plaza
P.O. Box 23059
Jackson, MS 39225-3059

American Home Assurance
175 Water St. 6th Floor
New York, NY 10038

*Global Power For America*

EXHIBIT
tabbies
"2"