DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
HYATTSVILLE, MD 20782

March 9, 2006

Mr. Benjamin O. Turnage, CEO
Roxco, LTD
Post Office Box 64
Brandon, Mississippi 39043

Re: Roxco LTD v. United States

Dear Mr. Turnage:

This is in response to your letter dated February 23, 2006 to the Judgment Fund Branch in which you stated that Roxco LTD does not consent to the setoff of the payment to Roxco LTD which is currently pending with the Judgment Fund Branch.

On February 8, 2006, the Department of Justice submitted a payment request to the Judgment Fund Branch, advising our office to certify a payment in the amount of $210,000.00 plus interest, awarded in the matter of Roxco LTD v. United States, No. 04-1690 C (Fed. Cl. Jan. 26, 2006). In addition, the payment was to be offset in accordance with the Department of the Air Force Debt Set Off Action Request dated January 17, 2006.

Under 31 U.S.C. § 3728, we are required to collect a debt owed to the United States by taking a setoff against judgments awarded in actions against the United States, in an amount equal to the debt. Since you do not consent to the setoff, litigation must be initiated to reduce your debt to judgment. We are required to withhold payment in the amount of the debt, plus an additional amount sufficient to cover the anticipated costs of the litigation. If the government prevails in the litigation, the amount withheld will be applied to satisfy your debt and the litigation costs. If the government loses the litigation, or recovers less than the amount withheld, we will pay you the balance plus interest.

If you wish to discuss this matter further, please contact William Erle, Senior Counsel, FMS Office of Chief Counsel, at 202-874-6975 or Victoria L. Hayden, Air Force Contract Financing Officer, AF Financial Systems & Reporting Office at 703-697-7523.

Sincerely,

Kevin L. McIntyre, Manager
Judgment Fund Branch

EXHIBIT
tabbies
4

cc: Jeffrey S. Pease, AUSA
Victoria L. Hayden AF CFO
William Erle, FMS