IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-176C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court Federal Claims, defendant respectfully requests an enlargement of time of 21 days, to and including September 4, 2007, within which to respond to plaintiff's motion for summary judgement filed on July 12, 2007. Our response is currently due on August 13, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel advised us that plaintiff does not oppose this request.

This request is motivated primarily because in the time since plaintiff filed its motion, defendant has changed lead counsel. The previous counsel unexpectedly had to go on extended medical leave. The new counsel entered a notice of appearance on July 30, 2007. This case has been in litigation for over 5 years. There are numerous documents, witness interviews and deposition transcripts which the new counsel has to become familiar with prior to responding to plaintiff's motion. Moreover, defendant's counsel has to review the record from two previous summary judgment decisions filed in this case. The

additional time will allow defendant's counsel an opportunity to become familiar with the extensive case file, coordinate with the agency, and provide time for supervisory review. If this request is granted, defendant's counsel should be in a position to adequately respond to plaintiff's motion.

In addition to the case specific reasons detailed above, defendant's counsel's schedule contributes to this request. On July 19, 2007, defendant's counsel was assigned a transfer case, Ziegler v. Department of Interior, Fed. Cir. 07-3217. That case had a responsive brief due originally on July 31, 2007 which was extended until August 9, 2007. Defendant's counsel is also scheduled to take two depositions on August 24, 2007, in Washington DC, in the case of Anaheim Gardens, et. al. v. United States, Fed Cl. No. 93-655. On August 28, 2007, defendant's counsel is currently scheduled to file an answer or otherwise respond to plaintiff's complaint in Farnsworth v. United States, Fed. Cl. No. 07-493C. Finally, on August 29, 2007, defendant's counsel is scheduled to travel to Dallas, Texas to take a another deposition in Anaheim Gardens, et. al. v. United States, Fed Cl. No. 93-655.

For these reasons, defendant respectfully requests that its motion for enlargement of time for our response to plaintiff's motion for summary judgment be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/S/
BRIAN M. SIMKIN
Assistant Director

/S/
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

Of Counsel:

Bryan O'Boyle
Senior Trial Attorney
Air Force Legal Services Agency

August__, 2007

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 13 day of August 2007, I caused to be placed in the United States mail, (first class mail, postage prepaid) copies of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" addressed as follows:

E. Stephen Williams
Young & Williams, P.A.
Post Office Box 23059
Jackson, MS 39225-3059

___________________________________