# In the United States Court of Federal Claims

No. 02-176C
(Filed: August 15, 2007)

```
***********************************
ROXCO, LTD.,                      *
                                  *
                   Plaintiff,     *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                   Defendant.     *
***********************************
```

**ORDER**

On August 13, 2007, defendant filed its Unopposed Motion for Enlargement of Time ("motion"). However, defendant failed to sign the motion.[1] **The court directs the Clerk of the Court to file defendant's Motion for Enlargement of Time by leave of court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] The motion was signed "/s/." Pursuant to Rules 11(a) and 83.1(c)(2) and General Order 42A, counsel of record is required to sign electronic filings by typing the name of the attorney preceded by "s/," similar to the undersigned's signature above.