# In the United States Court of Federal Claims

No. 02-176C
(Filed: August 15, 2007)

***********************************
ROXCO, LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On July 12, 2007, plaintiff filed its Motion for Summary Judgment. Defendant's response was due no later than August 13, 2007. On August 13, 2007, defendant filed its Unopposed Motion for Enlargement of Time ("motion"). In its motion, defendant represents that because defendant recently changed lead counsel on July 30, 2007, defendant's counsel requires the additional time to become familiar with the case. Further, defendant represents that plaintiff does not oppose this motion, and requests until September 4, 2007, by which to file its response.

**Accordingly, for good cause shown, defendant's Motion for Enlargement of Time is GRANTED. Defendant shall file its response to plaintiff's Motion for Summary Judgment no later than Tuesday, September 4, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge