IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-176C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order dated September 27, 2007, submit the following status report.

The parties have conferred. The parties wish to proceed to trial in Shreveport Louisiana. We anticipate a three week trial, commencing the week of June 2, 2008. We request that the Court establish a scheduling order in accordance with paragraph 12 of Appendix A to the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

S/E. STEPHEN WILLIAMS
E. STEPHEN WILLIAMS
Young Williams, P.A.
2000 AmSouth Plaza
Post Office Box 23059
Jackson, Mississippi 39225-3059
(601) 948-6100

Attorney for Plaintiff

October 12 2007

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

Attorneys for Defendant

October 12 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 12TH day of October, 2007, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin