# In the United States Court of Federal Claims

No. 02-176C
(Filed: October 15, 2007)

************************************
ROXCO, LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**SCHEDULING ORDER**

The parties filed a joint status report on October 12, 2007, in which they represent that they wish to proceed to trial in Shreveport, Louisiana, with trial commencing the week of June 2, 2008. The parties anticipate that the duration of trial will be three weeks. Pursuant to the Rules of the United States Court of Federal Claims (Appendix. A, ¶ 12), the court sets the following schedule:

1. **March 3, 2008**: Meeting of counsel pursuant to paragraph 13 of Appendix A with exchange of initial exhibit and witness lists;

2. **March 14, 2008**: Plaintiff's memorandum of contentions of law and fact due pursuant to paragraph 14, along with final witness and exhibit lists pursuant to paragraphs 15 and 16, respectively;

3. **April 4, 2008**: Defendant's memorandum of contentions of law and fact due pursuant to paragraph 14, along with final witness and exhibit lists pursuant to paragraphs 15 and 16, respectively;

4. **April 18, 2008**: Motions in Limine and objections to exhibits due;

5. **April 25, 2008**: Responses to Motions in Limine due;

6. **May 5, 2008 - 10:00 a.m.**: Final Pretrial Conference - argument on Motions in Limine to be held at the U.S. Court of Federal Claims, 717 Madison Place, NW,

Washington, DC;

7. **June 2-20, 2008**: The court anticipates that trial on plaintiff's claims and defendant's counterclaim will be held at the United States Courthouse, 300 Fannin Street, Shreveport, Louisiana 71101. If the court is unable to secure a courtroom for the length of trial, an alternative, convenient location will be determined.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge