IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-176C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES' JOINT MOTION TO STAY FURTHER PROCEEDINGS

The parties respectfully request that the Court stay further proceedings in this case, to include the filing of the pre-trial disclosures, until June 13, 2008. The plaintiff's pre-trial disclosures are currently due on March 14, 2008. This is the parties' first request for a stay for this purpose.

Pursuant to this Court's order the parties have held the required meeting of counsel. As part of the requirements, the parties discussed the possibility of settlement in this case. Based upon that discussion, the parties have developed a procedure which might lead to an amicable resolution of this case without further involvement from the Court. Accordingly, the parties request a suspension of proceedings for 90 days to allow the parties an opportunity to fully explore the possibility of settlement without the added pressure of simultaneously preparing for trial.

On or before June 13, 2008, the parties will advise the Court if an accord has been reached. If the parties have been unable to reach resolution, plaintiff will file its pre-trial

disclosures on June 13, 2008, with the defendant filing its pre-trial disclosures on July 8, 2008 because of the Federal holiday on July 4, 2008. The parties respectfully request that this Court reset further proceedings, including the pre-trial conference and the trial based upon the Court's calendar. To further assist the Court, the parties have agreed to keep the months of September and October open for a three week trial.

CONCLUSION

For the foregoing reasons, the parties respectfully request that this Court grant the parties joint motion to suspend proceedings until June 13, 2008.

Respectfully submitted,
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

S/E. STEPHAN WILLIAMS
E. STEPHEN WILLIAMS
Young Williams, P.A.
2000 AmSouth Plaza
Post Office Box 23059
Jackson, Mississippi 39225-3059
(601) 948-6100

Attorney for Plaintiff

March 12 2008

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

Attorneys for Defendant

March 12 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 12TH day of March 2008, a copy of the foregoing "THE PARTIES' JOINT MOTION TO STAY FURTHER PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin