# In the United States Court of Federal Claims

No. 02-176 C
(Filed: March 13, 2008)

************************************
ROXCO, LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER STAYING PROCEEDINGS

On March 12, 2008, the parties filed a Joint Motion to Stay Further Proceedings. In their motion, the parties request that the court stay further proceedings in this case until June 13, 2008. The parties indicate that they have developed a procedure which might lead to an amicable resolution of the case and request a ninety (90) day suspension of these proceedings in order to fully explore the possibility of settlement. They request permission to notify the court as to whether a settlement has been achieved no later than June 13, 2008.

In the event that they are unable to reach a settlement on or before June 13, 2008, the parties request that plaintiff file its pre-trial disclosures by June 13, 2008, and defendant file its pre-trial disclosures by July 8, 2008. Additionally, the parties request that the court reset further proceedings and schedule a three-week trial in either September or October 2008.

The court appreciates the parties' efforts to reach a resolution of this matter. **Accordingly, the parties' joint motion is GRANTED. The parties shall file a joint status report apprising the court as to whether a resolution has been achieved no later than Friday, June 13, 2008. If no settlement is reached by June 13, 2008, then plaintiff shall file its pre-trial disclosures on June 13, 2008, defendant shall file its pre-trial disclosures on July 8, 2008, and the parties shall propose specific deadlines for further proceedings in their June 13, 2008 joint status report.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge