IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-176C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

THE PARTIES' JOINT MOTION TO STAY FURTHER PROCEEDINGS

The parties respectfully request that the Court continue the suspension of proceedings currently in place for another 84 days until and including September 5, 2008. The current stay is set to expire on June 13, 2008. This is the parties' second request for a stay for this purpose.

The original stay was requested and granted because of the parties desire to attempt an amicable resolution of this case without further Court involvement. The parties have been diligently pursuing settlement discussions. However, the parties have been unable to conclude the discussions within the requested time period.

The parties have set a date certain in July to hold face-to-face settlement talks. The additional time will allow the parties time to conclude definitely whether this case can be settled, as well as allow defendant's counsel sufficient opportunity to comply with internal operating procedures prior to defendant's formal acceptance or rejection of any settlement offer.

Accordingly, on or before September 5, 2008 the parties will inform the Court whether this case has been settled. If the parties have definitely been unable to reach resolution, plaintiff will file its pre-trial disclosures on September 26, 2008, with the defendant filing its pre-trial disclosures on October 17, 2008. The parties at that time will contact the Court to set a date and time for a status conference to schedule further proceedings.

CONCLUSION

For the foregoing reasons, the parties respectfully request that this Court continue the suspension of proceedings until September 5, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
JEANNE E. DAVIDSON
Director
S/BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

S/E STEPHEN WILLIAMS
E. STEPHEN WILLIAMS
Young Williams, P.A.
2000 AmSouth Plaza
Post Office Box 23059
Jackson, Mississippi 39225-3059
(601) 948-6100

Attorney for Plaintiff

June 10 2008

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 10TH day of June 2008, a copy of the foregoing "THE PARTIES' JOINT MOTION TO STAY FURTHER PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin