# In the United States Court of Federal Claims

No. 02-176 C
(Filed: June 11, 2008)

************************************
ROXCO, LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On June 10, 2008, the parties in the above-captioned case filed a second joint motion to stay further proceedings, indicating that they require additional time in which to conduct their settlement discussions. The parties' joint motion is **GRANTED**. The parties shall file a joint status report apprising the court as to whether a resolution has been achieved **no later than Friday, September 5, 2008**. If the parties have not reached a settlement by September 5, 2008, plaintiff shall file its pre-trial disclosures on **Friday, September 26, 2008**, defendant shall file its pre-trial disclosures on **Friday, October 17, 2008**, and the parties shall propose specific deadlines for further proceedings in their September 5, 2008 joint status report. Upon receiving the joint status report, the court will contact the parties to discuss those further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge