IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-176C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES' JOINT MOTION TO
CONTINUE THE STAY OF FURTHER PROCEEDINGS

The parties respectfully request that the Court continue the suspension of proceedings currently in place for another 36 days until and including October 3, 2008. The current stay is set to expire on September 5, 2008. This is the parties' third request for a stay for this purpose, the Court most recently having granted our joint request for continuation of proceedings for 84 days.

The parties have held settlement negotiations. As a result of those discussions, the Government is evaluating for approval an offer from plaintiff to amicably settle this case. The Government, however, will be unable to finalize its position regarding the proposed settlement prior to September 5, 2008. Continuing the stay will allow the Government time to fully evaluate the offer, and finalize the agreement if the authorized representative of the Attorney General decides that it is the best interests of the Government to accept the proposed settlement.

Accordingly, the parties respectfully request that the Court

continue the suspension of proceedings currently in place for another 36 days until and including October 3, 2008. If the parties have definitely been unable to reach resolution at that time, plaintiff will file its pre-trial disclosures on October 24, 2008, with the defendant filing its pre-trial disclosures on November 14, 2008. The parties will then contact the Court to set a date and time for a status conference to schedule further proceedings.

CONCLUSION

For the foregoing reasons, the parties respectfully request that this Court continue the suspension of proceedings until October 3, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

S/E. STEPHEN WILLIAMS
E. STEPHEN WILLIAMS
Young Williams, P.A.
2000 AmSouth Plaza
Post Office Box 23059
Jackson, Mississippi 39225
(601) 948-6100

Attorney for Plaintiff

August 28 2008

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 28TH day of August 2008, a copy of the foregoing "THE PARTIES' JOINT MOTION TO CONTINUE THE STAY OF FURTHER PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin