# In the United States Court of Federal Claims

No. 02-176 C
(Filed: August 28, 2008)

************************************
ROXCO, LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On August 28, 2008, the parties in the above-captioned case filed a Joint Motion to Continue the Stay of Further Proceedings ("joint motion"). The current stay is set to expire on September 5, 2008. In their joint motion, the parties request an additional thirty-six (36) day suspension of proceedings, to and including October 3, 2008.[1] The parties indicate that they have conducted settlement negotiations and that defendant is currently evaluating an offer from plaintiff to settle the case. According to the parties, defendant is unable to evaluate plaintiff's offer prior to September 5, 2008.

The court **GRANTS** the parties' joint motion. The parties shall file a joint status report apprising the court as to whether a resolution has been achieved **no later than Friday, October 3, 2008**. If the parties have not reached a settlement by October 3, 2008, then plaintiff shall file its pre-trial disclosures on **Friday, October 24, 2008**, defendant shall file its pre-trial disclosures on **Friday, November 14, 2008**, and the parties shall propose specific deadlines for further proceedings in their October 3, 2008 joint status report. Upon receiving the joint status report, the court will contact the parties to discuss those further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] The court notes that Friday, October 3, 2008, represents twenty-eight (28) calendar days following Friday, September 5, 2008. The parties apparently calculated thirty-six days from August 28, 2008, the date upon which they filed their joint motion.